*Response To Order To Show Cause*

55

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3  Name *BloodsAW Theopric K.*

4  (Last)          (First)          (Initial)

5  Prisoner Number *N/A*

6  Institutional Address *PBSP, B8-113, P.O.Box 00,*

7  *Crescent City, CA. 95532*   **(PR)**

8

9  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

10  *BloodsAW Theoprik* V   **08        3622**

11  (Enter the full name of plaintiff in this action.)

12          vs.          )          Case No. _____
                          )          (To be provided by the clerk of court)
13  *Bell, R.K.* _____ )
                          )          **COMPLAINT UNDER THE**
14  *Roberts S* _____ )          **CIVIL RIGHTS ACT,**
                          )          **42 U.S.C §§ 1983**
15  *Melton D.* _____ )
                          )
16  _____ )
                          )
17  (Enter the full name of the defendant(s) in this action))
   _____ )

18  *[All questions on this complaint form must be answered in order for your action to proceed..]*

19  I.    Exhaustion of Administrative Remedies

20        [**Note:** You must exhaust your administrative remedies before your claim can go

21        forward. The court will dismiss any unexhausted claims.]

22        A.    Place of present confinement *PBSP*

23        B.    Is there a grievance procedure in this institution?

24              YES (✓)    NO ( )

25        C.    Did you present the facts in your complaint for review through the grievance

26              procedure?

27              YES(✓)    NO ( )

28        D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT          - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal *Denied second level review for malice reasons third level was denied for the same reason malice they have fa* 2. First formal level *iled to meet jurisdiction requirements. Supreme Court Reports 88 LAW.ED Oct. 1943 TERM U.S.320 (pp.219 to*

3. Second formal level *end) U.S.321 - 322 TI Particular circumstance under which exhaustion of state remedies is or is not* 4 Third formal level *Necessary.*

*CV-00752-JF-550*

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)    NO (  )

F.    If you did not present your claim for review through the grievance procedure, explain why. _____

_____

_____

II.    Parties

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

*BloodsAW Theopric, PBSP, B8-113, P.O. Box 7500, Crescent City, CA. 95532*

B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                                   - 2 -

1    place of employment.

2    *Bell R.K., Lieutenant, PBSP; Roberts S.,*

3    *Teacher BMU, PBSP; Melton D., Correcti-*

4    *onal Counselor I, PBSP;*

5    _____

6    _____III.

7    Statement of Claim

8         State here as briefly as possible the facts of your case. Be sure to describe how each

9    defendant is involved and to include dates, when possible. Do not give any legal arguments or

10    cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11    separate numbered paragraph.

12    *Bell R.K., 5-28-08 Seditious an private conspira-*

13    *cy to deprive const. rights (ADA) single cell housing li-*

14    *berty, due process of law entrapment forced BMU, A-*

15    *SU, an SHU using fraudulent docs. Under color of law.*

16    *Roberts S., 1-22-07; 10-17-07 Seditious an private conspi-*

17    *racy to deprive const. rights (ADA) single cell housing li-*

18    *berty, due process of law entrapment forced BMU usi-*

19    *ng fraudulent docs. under color of law. Melton D., 5-*

20    *28-08 Seditious an private conspiracy to deprive cons-*

21    *t. rights (ADA) single cell housing liberty, due process*

22    *of law entrapment forced BMU using fraudulent docs.*

23    *under color of law. Breach of duties sedition slaver-*

24    *y forbidden et al.*

25    IV.    Relief

26         Your complaint cannot go forward unless you request specific relief. State briefly exactly

27    what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28    *I am asking the court for just compensation for*

4

1   punitive, monetary, and liability damages. I am
2   asking the court for a permanent injunction to
3   stop intimidation attempts to force me to double ce-
4   ll. I am asking the court to grant me single cell ho-
5   using that I'm legally an medically entitle to

6

7   I declare under penalty of perjury that the foregoing is true and correct.

8

9   Signed this ___7___ day of ___July___, 20_08_

10

11          _T. Bledsaw_

12          (Plaintiff's signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                    - 4 -

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Bloodsaw Theopric_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _PBSP_

_____ Prison,

in the county of _Del Norte_ ,

State of California. My prison address is: _P.O. Box 7500, Crescent City,_

_CA. 95532_

On _7-7-08_ ,
        (DATE)

I served the attached: _Civil Rights 42 U.S.C. 1983_

_____

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

_U.S. District Court, Northern Dist. of CA., 450_
_Golden Gate Ave., San Francisco, CA. 95532_

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _7-7-08_            _T. Bloodsaw_
        (DATE)                    (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                            -9-                    ::ODMA\PCDOCS\WORDPERFECT\22R3\1

EXHIBIT

A

*6*

STATE OF CALIFORNIA -DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



December 17, 2007

BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

RE: IAB# 0713564        STAFF COMPLAINTS

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled. If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.

*U. Sravin*

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

7

**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

November 13, 2007

***BLOODSAW, P20045***
*ASUE0000000001L*

Log Number: PBSP-S-
(Note: Log numbers are not assigned to screen out appeals or informal level appeals.)

The enclosed documents are being returned to you for the following reasons:

***You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).***

*DUPLICATE APPEAL REGARDING UNPROFESSIONAL CONDUCT AND UNNECESSARY FORCE DURING 4-12-07 INCIDENT.  FF-07-0018, APPEAL # A-07-00975.*

Appeals Coordinator
Pelican Bay State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

NOV 1 9 2007

886

*Emergency Appeal*

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1. PBSP    1. _____    7/5

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Bloodsaw Theopric | P20045 | | ASU-E1 |

A. Describe Problem: Classification staff representative actions I am taking the privilege of asking you for jurisdiction require-ments for my false imprisonment at PBSP according to the U.S.C. Amendments I-IV-V-VIII-XIII-XIV. You have unlawfully use fraudulent documents against me since my arrival at PBSP to deprive me of my privileges an benefits. Your CDC 128G's an CDC 115's are fraudulent an slanderous. You have falsely accused me of being a program failure and forced me in

If you need more space, attach one additional sheet.

B. Action Requested: a BMU, you have made false statements that I was clear for double celling PBSP had no legal authority to accept me on my arrival. On 11-8-02 I was unlawfully arrested as a parole violator P.C. 5011. a parole warrant is P.C. 3056. their is no felony

Inmate/Parolee Signature: T. Bloodsaw    Date Submitted: 11-13-07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: Bypass - informal review not required

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

an C/O Northrup L. 4-12-07 approximately two weeks prior to that attack I was attacked by Sergeant Pepiot an C/O Holmes in cell B8-209 that attack was a favor for the Southern Hispanics an Blood gang members to move me to cell B8-101. 3000. Defini-

Signature: T. Bloodsaw    Date Submitted: 11-13-07

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim    CDC Appeal Number:

NOV 13 2007

16

CV-00752-JF-550

First Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:                                Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

*Wilber C. Appeals Coordinator your statements are false.*
*78 S.Ct. 1332, 357 U.S. 513 Speiser v. Randall (1958) 83 S.Ct. 17-*
*90, 374 U.S. 398 Sherbert v. Verner (1963) 90 S.Ct. 1011, 397 U.S.*
*254 Goldberg v. Kelly (1970)          CV-00752-JF-550*

Signature: *T. Bloodsaw* _____ Date Submitted: *11-14-07*

Second Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

*92 S.Ct. 2593, 408 U.S. 471 Morrissey v. Brewer (1972) 41 Cal.Rptr.*
*590, 62 Cal.2d 176 People v. Gallegos (1964) 87 S.Ct. 1737, 387 U.S.*
*541 See v. City of Seattle (1967) 3273. Acceptance and Surrende-*
*r of Custody. 3271. Responsibility of Employees. 72 S.Ct. 205,*
*342 U.S. 165 Rochin v. California (1952) 92 U.S. 275, 92 U.S. 275*
*Chy Lung v. Freeman (1875) 3075. Initial Intake. 3375. C.S.R.*

Signature: *T. Bloodsaw* _____ Date Submitted: *11-16-07*

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

0713564

DIRECTOR'S ACTION: ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
                                              Date: _____

CDC 602 (12/87)

2. 86
87.

*Emergency Appeal*

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region ___  Log No. ___  Category ___

1. ___   1. ___

2. ___   2. ___

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Bloodsaw Theopric | P20045 | | ASU-E1 |

A. Describe Problem: Complaint P.C. 872. endorsed against me on case No. VA053506. CDC No. P20045 is a fraudulent unlawful CDC No. legally an medically Im entitle to single cell housing. On your CDC 128G's an CDC 115's you have justified your malice by saying there are no due process issues when you are in violation of the constitutions of the U.S. I am a disable person with permanent disabilities that I suffer from daily I was unlawfully attacked while in BMU by C/O Thom J., C/O Holmes I.,

If you need more space, attach one additional sheet.

B. Action Requested: That the classification committee show jurisdiction requirements according to the U.S.C. Amendments if they can. I am asking them to grant me my single cell housing privileges an benefits that Im entitle to Fed. R. 242 Deprivation etc.

Inmate/Parolee Signature: T. Bloodsaw          Date Submitted: 11-13-07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: Bypass - informal review not required

Staff Signature: _____          Date Returned to Inmate: _____

[stamp: APPEALS BRANCH NOV 19 2007 RECEIVED]

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

tions. 3901. 17. 2. Criteria For Placement of Parole Hold. 3377.1. Inmate Custody Designations. 26 S. Ct. 282, 200 U.S. 321 U.S. v. Detroit Timber + Lumber Co. (1906) 43 Cal. Rptr. 898, 233 Cal. App. 2d 799 LeMere v. Goren (1965) 3084.7. Exceptions to the Regular etc.

Signature: T. Bloodsaw          Date Submitted: 11-13-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: [blank box]

CV-00752-JF-550

First Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____   Title: _____   Date Completed: _____

Division Head Approved:                                                    Returned

Signature: _____   Title: _____   Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Supreme Court Reports 88 LAW. ED. Oct. 1943 TERM U.
S. 320 (pp. 219 to end) U.S. 321 - 322 III Particular circumstan-
ce under which exhaustion of state remedies is or is
not necessary. 6 S. Ct. 734, 117 U.S. 241 Ex parte Royall (1886)

Signature: _____ T. Bloodsaw _____   Date Submitted: 11-14-07

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____   Date Completed: _____

Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response:

3075.1. Intake Processing. 3075.3. Discharge Certificates. 97
U.S. 652, 97 U.S. 652 Barney v. Dolph (1878) 9 S. Ct. 122, 128 U.S.
456 Cornelius v. Kessel (1888) 80 S. Ct. 412, 361 U.S. 516 Bates v.
City of Little Rock (1960) 118 Cal. Rptr. 120, 43 Cal. App. 3d 809
Chambers v. Municipal Court (1974) 96 S. Ct. 1848, 425 U.S. 738 Hos-
pital Bldg. Co. v. Trustees of Rex Hospital (1976) 3085. A.D.A.

Signature: _____ T. Bloodsaw _____   Date Submitted: 11-16-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

☐ See Attached Letter

CDC 602 (12/87)                                                    Date: _____

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



June 24, 2008


BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000



RE: IAB# 0733308        CUSTODY/CLASS

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal.  The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process.  The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled.  If you disagree with that decision, contact the Appeals Coordinator.  You must comply with instructions from that office.



N. GRANNIS, Chief
Inmate Appeals Branch




****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

*9*

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

May 13, 2008

*BLOODSAW, P20045*
*BF08L 000000113L*

Log Number: PBSP-B-
(Note: Log numbers are not assigned to screen out appeals or informal level appeals.)

The enclosed documents are being returned to you for the following reasons:

*There has been too great a TIME LAPSE between when the action or decision occurred and when you filed your appeal with no explanation of why you did not or could not file in a timely fashion. Time limits expired per CCR 3084.6(c). Therefore, if you would like to pursue this matter further, you must submit an explanation and supporting documentation explaining why you did not or could not file your appeal timely.*

*THE LAST UCC ACTION YOU HAVE ATTACHED IS THAT OF 9-21-06 WHICH IS NOT SUBJECT TO APPEAL AT THIS LATE DATE. YOU HAVE ALSO WRITTEN ON UNAUTHORIZED AREAS OF THE INMATE APPEAL FORM AND ATTACHED VOLUMOUS UNRELATED DOCUMANTATION.*

C. E. Wilber
Appeals Coordinator
Pelican Bay State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

MAY 1 3 2008

1 87 902
88

*Emergency Appeal*

SUFFX
CYCC 9-21-06
Category 2/9

## INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region   Log No.

**PBSP**

1. _____   1. _____
2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Bloodsaw Theopric | P20045 | | B8-113 |

A. Describe Problem: Melton D., CCI I am taking the privilege of asking you for jurisdiction requirements for my false imprisonment at PBSP according to the U.S.C. Amendment's I-IV-V-VIII-XIII-XIV. On 11-8-02 I was unlawfully arrested as a parole violator Penal Code 5011. a parole warrant is P.C. 3056. Their is not a felony complaint P.C. 872. endorsed against me on three counts court case No. VA0535-06 is void. CDC No. P20045 is a fraudulent CDC No. You have

If you need more space, attach one additional sheet.

repeated shown hostility on my behalf and corruption you have conspired with CSR to deny me my privileges an benefits. PBSP is without legal authority to consider me a program failure or force me in a BMU.

Inmate/Parolee Signature: T. Bloodsaw   Date Submitted: 5-12-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: Bypass - informal review not required   Rej

MAY 21 2008   APPEALS BRANCH   RECEIVED

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

on 10-26-07 but I'm placed back in BMU where one of my attackers still remains Thom J., C/O. On 4-29-08 I received a fraudulent falsified BMU program status chrono from you, legally and medically I'm entitle to single cell

Signature: T. Bloodsaw   Date Submitted: 5-12-08

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

MAY 13 2008

34

First Level  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____    Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____
Division Head Approved: _____    Returned
Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

C.E. Wilber, A.C. your statements false as of 5-12-08 I ask for jurisdiction requirement for my false imprisonment. 3160. Inmate Access to Courts. 3084.-7. Exceptions to the Regular Appeals Process. Entrapment.

Signature: T. Bloodsaw    Date Submitted: 5-15-08

Second Level  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____
Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Constitutional Law. 78 S. ct. 99, 355 U.S. 41 Conley v. Gibson (1957) 87 S. ct. 1737, 387 U.S. 541 See v. City of Seattle (1967) 80 S. ct. 412, 361 U.S. 516 Bates v. City of Little Rock (1960) 679 F. 2d 1115 Ruiz v. Estelle (1982) 14 Cal. App. 224, 111 P. 313 People v. Tomalty (1910) 118 S. ct. 1952 524 U.S. 206 Pennsylvania Dept. of Corr. v. Yeskey (1998)

Signature: T. Bloodsaw    Date Submitted: 5-19-08

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other
☐ See Attached Letter

CDC 602 (12/87)    Date: _____



0733308

P20045

88
2 $91

*Emergency Appeal*

## INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region

| | Log No. | | Category |
|---|---|---|---|
| 1. _____ | 1. _____ | | _____ |
| 2. _____ | 2. _____ | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Bloodsaw Theopric | P20045 | | B8-113 |

A. Describe Problem: You first participated with CSR on 10-18-05 its on my CDC 128 G where CSR act to affix "s" suffix only because I refuse to double cell and Im still not officially single cell. Due to me being denied equal protection of the laws and your corrupt activities with CSR I was forcefully placed and assigned to BMU while their I was unlawfully attacked by three B8, C/Os. The false charges they tried to put on me were dismissed

If you need more space, attach one additional sheet.

B. Action Requested: Jurisdiction requirements and receive my single cell housing officially, privileges an benefits he has been trying to force me to double cell by intimidation
CV-00752-JF-550

Inmate/Parolee Signature: T. Bloodsaw                    Date Submitted: 5-12-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: Bypass - informal review not required

INMATE APPEALS BRANCH

MAY 21 2008

RECEIVED

Staff Signature: _____                    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

housing. 3000. Definitions. 3075.1. Intake Processing. 3273. Acceptance and Surrender of Custody. 3377.1. Inmate Custody Designations. 3901.2. Criteria for Placement of Parole Hold. CCR 30-84.7.; 124 Cal. Rptr. 752, 15 Cal. 3d 419 People v. Leach (1975)

Signature: T. Bloodsaw                    Date Submitted: 5-12-08

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved: _____ Returned: _____

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

26 S. Ct. 282, 200 U.S. 321 United States v. Detroit Timber + Lumber Co. (1906) 93 S. Ct. 1827, 411 U.S. 475 Preiser v. Rodriquez (1973) 72 S. Ct. 205, 342 U.S. 165 Rochin v. Calif. (1952) 321 F. Supp. 1074 U.S. v. Sinclair (1971)

Signature: T. Bloodsaw                         Date Submitted: 5-15-08

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

352 F.3d 565 Tsombanidis v. West Haven Fire Dept. (2003) 96 S. Ct. 1848, 425 U.S. 738 Hosp. Bldg. Co. v. Trustees of Rex Hosp. (1976) 60 S. Ct. 811, 310 U.S. 150 U.S. v. Socony Vacuum Oil Co. (1940) 222 F.2d 531 U.S. v. Lebron (1955) 564 F.2d 126 Resident Advisory Bd. v. Rizzo (1977) 100 U.S. 339, 100 U.S. 339 Ex parte Commonwealth of Virginia (1879)

Signature: T. Bloodsaw                         Date Submitted: 5-19-08

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____    Due Date: _____

Interviewed by: _____

Staff Signature: _____    Title: _____    Date Completed: _____

Division Head Approved: _____    Returned

Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

26 S. Ct. 282, 200 U.S. 321 United States v. Detroit Timber & Lumber Co. (1906) 93 S. Ct. 1827, 411 U.S. 475 Preiser v. Rodriguez (1973) 72 S. Ct. 205, 342 U.S. 165 Rochin v. Calif. (1952) 321 F. Supp. 1074 U.S. v. Sinclair (1971)

Signature:    T. Bloodsaw    Date Submitted: 5-15-08

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

352 F. 3d 565 Tsombanidis v. West Haven Fire Dept. (2003) 96 S. Ct. 1848, 425 U.S. 738 Hosp. Bldg. Co. v. Trustees of Rex Hosp. (1976) 60 S. Ct. 811, 310 U.S. 150 U.S. v. Socony Vacuum Oil Co. (1940) 222 F. 2d 531 U.S. v. Lebron (1955) 564 F. 2d 126 Resident Advisory Bd. v. Rizzo (1977) 100 U.S. 339, 100 U.S. 339 Ex parte Commonwealth of Virginia (1879)

Signature:    T. Bloodsaw    Date Submitted: 5-19-08

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)    Date: _____

10

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



June 27, 2008

BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

RE: IAB# 0734192        CUSTODY/CLASS

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal.  The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process.  The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled.  If you disagree with that decision, contact the Appeals Coordinator.  You must comply with instructions from that office.

* M. Brani*

N. GRANNIS, Chief
Inmate Appeals Branch

---

**\*\*\*\*PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE\*\*\*\***

//

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

May 29, 2008

**BLOODSAW, P20045**
*BF08L 000000113L*

Log Number: PBSP-B-
(Note: Log numbers are not assigned to screen out appeals or informal level appeals.)

The enclosed documents are being returned to you for the following reasons:

*You have failed to provide necessary copies of your chrono(s).*

*AS ALWAYS, IF YOU ARE ATTEMPTING TO APPEAL A RECENT COMMITTEE ACTION, PLEASE ATTACH THE ASSOCIATED 128-G.*

C. E. Wilber
Appeals Coordinator
Pelican Bay State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

```
┌─────────────────────────────────────────────────────────────────┐
│      PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE                  │
└─────────────────────────────────────────────────────────────────┘
```

MAY 2 9 2008

*Emergency Appeal*

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.         Category 2/9
1. PBSP                    1.
2. _____                  2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME                        NUMBER      ASSIGNMENT           UNIT/ROOM NUMBER
Bloodsaw Theopric            P20045                           B 8-113

A. Describe Problem: Melton D., CCI I am taking the privilege of as-king you for jurisdiction requirements for my false imp-risonment at PBSP or forced into BMU a second time as of this date 5-20-08 according to the U.S.C. Amendments I-IV-V-VIII-XIII-XIV. On 11-8-02 I was unlawfully arres-te as a parole violator Penal code 5011. a parole warrant is P.C. 3056. Their is not a felony complaint P.C. 872. endorse-d against me, court case No. YA053506 is void. CDC No. P20045

If you need more space, attach one additional sheet.

_____ is a Fraudulent CDC No. I have been maliciously label as a program failure because I will not double cell and as for the incidents of 4-12-07 and 12-19-07 they were not engaged in the performance of duties. My constitution-
T. Bloodsaw

Inmate/Parolee Signature: _____                    Date Submitted: 5-20-08

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: He refuse to cooperate

RECEIVED JUN 5 2008 INMATE APPEALS BRANCH

Staff Signature: _____                    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

danger. I'm forced repeatedly housed in A or B-section with blood and southern hispanic gangmembers you are b-locking me from C-section housing I associate with Crip-s. I'm legally an medically entitle to single cell housing.
T. Bloodsaw

Signature: _____                    Date Submitted: 5-20-08

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E. Inmate Claim                    CDC Appeal Number:

MAY 29 2008
17

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____
Division Head Approved:                                            Returned
Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response

C.E. Wilber, A.C. your statements are false as always. 3013. Unlawful Influence. 3084.7. Exceptions to the Regular Appeals Process. 3085. Americans With Disabilities Act. 3160: Inmate Access to Courts. 3335. Ad. Seg.

Signature: T. Bloodsaw    Date Submitted: 6-2-08

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Constitutional Law. 155 Cal. Rptr. 670, 24 Cal. 3d 263 Calif. Manufacturers Ass'n. v. Public Utilities Com. (1979) 93 S. Ct. 1827, 411 U.S. 475 Preiser v. Rodriguez (1973) 34 S. Ct. 283, 232 U.S. 134 Bacon v. Rutland R-Co. (1914) 80 S. Ct. 412, 361 U.S. 516 Bates v. City of Little Rock (1960) 96 S. Ct. 1848, 425 U.S. 738 Hosp. Bldg. Co. v. Trustees of Rex Hosp. (1976)

Signature: T. Bloodsaw    Date Submitted: 6-3-08

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
                                                        Date: _____

CDC 602 (12/87)



0734192

P20045

2 40 of
93
*Emergency Appeal*

STATE OF CALIFORNIA

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS

Location: Institution/Parole Region _____ Log No. _____ Category $\mathcal{G}$

1. _____   1. _____
2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Bloodsaw Theopric | P20045 | | 88-113 |

A. Describe Problem: al rights are violated by your corrupt activities with CSR you have conspired with CSR to deprive me of my privileges and benefits, medical staff is a part of this conspiracy. On 10-18-05 you appeared at a committee hearing as a staff assistance the committee action was affix "s" suffix only until I double cell. That attack on me by three C/Os on 4-12-07 was unlawful so is my force confinement in BMU a second time my life is in imminent

If you need more space, attach one additional sheet.

B. Action Requested: Jurisdiction requirements and removed from BMU and A and B-section with my enemies I suppose to be housed in C-section

C·V-00752-JF-550

Inmate/Parolee Signature: T. Bloodsaw          Date Submitted: 5-20-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: He refuse to cooperate

RECEIVED
JUN - 5 2008
INMATE APPEALS BRANCH

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

3000- Definitions. 3075.1. Intake Processing. 3273. Acceptance and Surrender of Custody. 3377.1. Inmate Custody Designations. CCR 3084.7.; 3901.17.2. Criteria for Placement of Parole Hold. 222 F.2d 531 U.S. v. Lebron (1955)
T. Bloodsaw

Signature: _____          Date Submitted: 5-20-08

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

First Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved: _____ Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

26 S. Ct. 282, 200 U.S. 321 United States v. Detroit Timber + Lumber Co. (1906) 87 S. Ct. 1737, 387 U.S. 541 See v. City of Seattle (1967) 321 F. Supp. 1074 U.S. v. Sinclair (1971) 679 F. 2d 1115 Ruiz v. Estelle (1982) Forced exile from A-Fac.

Signature: T. Bloodsaw                    Date Submitted: 6-2-08

Second Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

72 S. Ct. 205, 342 U.S. 165 Rochin v. Calif. (1952) 60 S. Ct. 811, 310 U.S. 150 U.S. v. Socony-Vacuum Oil Co. (1940) 43 Cal. Rptr. 898, 233 Cal. App. 2d 799 LeMere v. Goren (1965) 118 F. 3d 168 Yeskey v. Com. of Pa. Dept. of Corr. (1997) 352 F. 3d 565 Tsombanidis v. West Haven Fire Dept. (2003) 854 F. Supp. 254 U.S. v. Rahman (1994) 309 F. Supp. 2d 789 U.S. v. Khan (2004) Attempts forced celling.

Signature: T. Bloodsaw                    Date Submitted: 6-3-08

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)



0734193
P20045

*12*

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION

ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



June 26, 2008

BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

RE: IAB# 0734193    LIVING CONDITIONS

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal.  The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process.  The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

The CDC 602, Inmate/Parolee Appeal Form, must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator.

*(signature)*

N. GRANNIS, Chief
Inmate Appeals Branch

---

**\*\*\*\*PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE\*\*\*\***

*3*

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



July 1, 2008

BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

RE: IAB# 0734850        LIVING CONDITIONS

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal.  The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process.  The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

The CDC 602, Inmate/Parolee Appeal Form, must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator.


*Un. Srani*

N. GRANNIS, Chief
Inmate Appeals Branch

---

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

4 · 92

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. PBSP
2. _____

Log No.
1. _____
2. _____

Category
9/1
SINGLE CELL

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME Bloodsaw Theopric    NUMBER P20045    ASSIGNMENT ___    UNIT/ROOM NUMBER B8-209

A. Describe Problem: D. Melton-CCI according to my court documents my X-RAY Jacket and Calif. Code of Reg. Title 15. I am lawfully entitle to authorized single cell housing with my privileges an benefits. Im going through a hardship for unjustified malice reasons. 3901.17.2. Criteria For Placement of Parole Hold. 3075. Initial Intake. 3375. Classification Process. 3377.1. Inmate Custody Designations. 3413. Incompatible Activity. 3000. Definitions. 3044. Inmate Work and Training Incentive Groups. G.6. 845. 6., G. C. 844. 6., G.C. 830. Definitions. 42 U.S.C.A. 12131. Definitions. P.C. 872.

If you need more space, attach one additional sheet.

B. Action Requested: Due Process Of Law according to state an federal law maybe I will get single cell housing without disciplinary isolation segregated actions.

CV-00752-JF-550 and 2nd level

Inmate/Parolee Signature: T. Bloodsaw    Date Submitted: 9-25-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: There is no documentation located in your C-File to justify your medical necessity for single cell. According to current PBSP's double celling policy, having a parole hold doesn't preclude you from double celling. Therefore, your appeal is denied at this level.

Staff Signature: D. melton    Date Returned to Inmate: 10/9/06

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

My X-RAY Jacket was just brought to his attention my 602 concerns unofficial court documents. 96 S.Ct. 1848, 425 U.S. 738., 78 S.Ct. 99, 355 U.S. 41 Conley v. Gibson (U.S. Tex 1957) U.S.C. Amendments I-IV-V-VIII-XIII-XIV 60 P2d 851, 7 Cal. 2d 377 Van Tiger v. Superior Court in L.A. County (Cal. 1936)

Signature: T. Bloodsaw    Date Submitted: 10-23-06

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

OCT 2 3 2006

17


0734850


P20045

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____

Division Head Approved: _____    Returned

Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

*Supreme Court Reports 88 LAW. ED. Oct 1943 TERM U.S. 320 (pp. 219 to end) U.S. 321-322 III Particular circumsta- nce under which exhaustion of state remedies is or is not necessary. Filed late for evidence of conspiracy.*

Signature: *T. Bloodsaw*    Date Submitted: *5-21-08*

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

*Constitutional Law. 96 S. Ct. 1848, 425 U.S. 738 Hosp. Bldg. Co. v. Trustees of Rex Hosp. (1976) 43 Cal. Rptr. 898, 233 Cal. App. 2d 799 LeMere v. Goren (1965) 352 F.3d 565 Tso- mbanidis v. West Have Fire Dept. (2003) 97 U.S. 652, 97 U.S. 652 Barney v. Dolph (1878) 321 F. Supp. 1074 U.S. v. Sin- clair (1971) 118 F.3d 168 Yeskey v. Com. of Pa. of Corr. (1997)*

Signature: *T. Bloodsaw*    Date Submitted: *5-21-08*

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

CDC 602 (12/87)    Date: _____

BMU PLACEMENT

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region     Log No.     Category

PBSP

1. _____    1. _____    13/4
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Bloodsaw Theopric | NUMBER P20045 | ASSIGNMENT | UNIT/ROOM NUMBER B8-209 |

**A. Describe Problem:** D. Melton, CCI since you are playing the role as my counselor and you participated at these UCC hearing concerning a mandatory BMU class or Behavior Modification Unit. CDC has no jurisdictions for my confinement or me being confined on a CDC level IV prison yard. On 11-8-02 I was unlawfully arrested as a parole violator and illegally charged with 3 charges P.C. 245(C), P.C. 243(C), P.C. 422 it was a warrantless arrest the charges could only be misdemeanor simple assault or battery not assault or

If you need more space, attach one additional sheet.

**B. Action Requested:** battery on a peace officer a felony you have done nothing to protect my rights Im not suppose to be in a BMU class Im being punished for malice reason and denied my priviliges CDC# P20045 and case number YA053506 both are unlawful numbers Ru

Inmate/Parolee Signature: T. Bloodsaw     Date Submitted: 2-5-07

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: You were placed into the BMU based on you refused to double cell, deeming you a program failure, you do qualify for the BMU program. Therefore your appeal is denied at this level regarding the BMU. The BMU is not punishment it is a G.P. program. The other issues are to be directed to the courts.

Staff Signature: D Melton CCI     Date Returned to Inmate: 2/10/07

**D. FORMAL LEVEL**

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

The statements the CCI, D. Melton has made are not true and Im legally single cell. CCR 3377.1. Inmate Custody Designations. 85 ALR Fed. 308. 87 S. Ct. 1213, 386 U.S. 547 Pierson v. Ray (1967) 118 F. 3d 168 Yeskey v. Com. of Pa. Dept. of Correction (1997) #670 155 Cal. Rptr. 670

Signature: T. Bloodsaw     Date Submitted: 2-20-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim     CDC Appeal Number:

FEB 27 2007
17, 29

0734857

P20045

First Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____  Title: _____  Date Completed: _____

Division Head Approved:                                                    Returned

Signature: _____  Title: _____  Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

*C.E. Wilber, A.C. wants to conceal the truth Im denied*
*due process of law maliciously. 26 S.ct. 282, 200 U.S. 32 -*
*1 United States v. Detroit Timber & Lumber Co. (1906)*
*92 U.S. 275, 92 U.S. 275 Chy Lung v. Freeman (1875)*

Signature: _____ *T. Bloodsaw* _____  Date Submitted: *5-21-08*

Second Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____  Date Completed: _____

Warden/Superintendent Signature: _____  Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

*Constitutional Law. Im filing this late appeal as evi-*
*dence of a conspiracy that Melton D., CCI is involved*
*in since 10-18-05 on the CDC 128 G. I was forced in RM -*
*U. 87 S.ct. 1737, 387 U.S. 541 See v. City of Seattle (1967)*
*41 Cal. Rptr. 590, 62 Cal. 2d 176 People v. Gallegos (1964) 35 -*
*2 F. 3d 565 Tsombanidis v. West Haven Fire Dept. (2003)*

Signature: _____ *T. Bloodsaw* _____  Date Submitted: *5-21-08*

For the Director's Review, submit all documents to:  Director of Corrections
                                                      P.O. Box 942883
                                                      Sacramento, CA 94283-0001
                                                      Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter

                                                      Date: _____

CDC 602 (12/87)

2. 96

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region

ATTACHMENT

1. _____
2. _____   2. _____

Category _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME _Bloodsaw Theopric_   NUMBER _P20045_   ASSIGNMENT _____   UNIT/ROOM NUMBER _P20045_

A. Describe Problem: _3271. Responsibility of Employees. 3413. Incompatible Activity. 3901.17.1. Authority to Place Parole Hold. 3901.17.2. Criteria for Placement of Parole Hold. 74 Cal. Rptr. 713, 70 Cal. 2d 347 People v. Curtis (1969) People v. Vuron (1987) 234 Cal. Rptr. 744, 189 Cal. App. 3d 1163; 112 P. 2d 241, 17 Cal. 2d 778 People v. Shaw (1944) 96 S. Ct. 1848, 425 U.S. 738 Hosp. Bldg. v. Trustees of Rex Hosp. (1976) 222 Cal. Rptr. 556, 176 Cal. App. 3d 1108 Western Steel & Ship Repair Inc. v. RMI, Inc. (1986) 462 F. Supp. 397 Wright v. Enomoto (1976) 889 F. Supp. 1146 Madrid v. Gomez (1995) * 698 103 Cal. Rptr. 698_

If you need more space, attach one additional sheet.

B. Action Requested: _Due Process of Law and jurisdiction requirements according to the U.S.C. Amend. I - IV - V - VIII - XIII - XIV._

_CV-00752-JF-550_

Inmate/Parolee Signature: _T. Bloodsaw_   Date Submitted _2-5-07_

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____
_____
_____
_____

**INMATE APPEALS BRANCH**
**MAY 27 2008**
**RECEIVED**

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_93 S. Ct. 1827, 411 U.S. 475 Preiser v. Rodriguez (1973) 155 Cal. Rptr. 670, 24 Cal. 3d 263 Calif. Manufacturers Ass'n. v. Public Utilities Com. (1979) 43 Cal. Rptr. 848, 233 Cal. App. 2d 799 LeMere v. Goren (1965) 3075.1. Intake Process._

Signature: _T. Bloodsaw_   Date Submitted: _2-20-07_

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                             Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_80 S.Ct. 412, 361 U.S. 516 Bates v. City of Little Rock (1-960) 679 F.2d 1115 Ruiz v. Estelle (1982) 100 U.S. 339, 100 U.S. 339 Ex parte Commonwealth of Virginia (1952) 72 S.Ct. 205, 342 U.S. 165 Rochin v. California (1952)_

Signature:    T. Bloodsaw    Date Submitted: 5-21-08

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_60 S.Ct. 811, 310 U.S. 150 U.S. v. Socony - Vacuum Oil Co. (1940) 222 F.2d 531 U.S. v. Lebron (1955) 854 F.Supp. 254 U.S. v. Rahman (1994) 309 F.Supp. 2d 789 U.S. v. Khan (2004) 321 F.Supp. 1074 U.S. v. Sinclair (1971) 564 F.2d 126 Resident Advisory Bd. v. Rizzo (1977) 95 P.2d 471, 35 Cal.App. 2d 329 People v. McAtee (1939) 78 S.Ct. 99, 355 U.S. 41 Conley v. Gibson (1957)_

Signature:    T. Bloodsaw    Date Submitted: 5-21-08

For the Director's Review, submit all documents to:    Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR



## INMATE APPEALS BRANCH

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

July 1, 2008

BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

RE: IAB# 0734857        WORK INCENTIVE

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal.  The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process.  The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled.  If you disagree with that decision, contact the Appeals Coordinator.  You must comply with instructions from that office.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

*15*
State of California

Department of Corrections and Rehabilitation
CDC Form 695

## INMATE/PAROLEE APPEALS SCREENING FORM

NAME: **BLOODSAW**          CDC #: **P20045**          HOUSING: **B8 209**

## YOUR APPEAL IS BEING RETURNED FOR THE FOLLOWING REASON(S):

[ ]  4. In violation of the CCR, Title 15, Sections 3084.2(b), 3084.3(c)(4) & 3084.5(a)(1), you failed and must attach evidence that shows you attempted to get an Informal resolution, prior to the appeal being assigned to the Formal Level(s) of appeal review. If a staff member fails to respond after 10 working days, use the Chain of Command and submit the Appeal to that staff member's supervisor, or unit/area supervisors.

[ ] Counselor          [ ] PBSP R&R          [ ] Med Clinic       [ ] Records
[ ] Unit Officer       [ ] PSU Property      [ ] Dental Clinic    [ ] Inmate Assignments
[ ] Mail Room          [ ] PBSP SHU Prop.    [ ] Psych Office     [ ] PBSP Trust Office
[ ] Law Library        [ ] Food Services     [ ] Med Records      [ ] Plant Ops
[ ] Work Supervisor                          [ ] Other

[X]  5. You have not adequately completed the CDC Form 602, or have not attached the proper documents. Follow instructions and attach the items noted below, send what documents you have, or explain why they are not available per the CCR, Title 15, Section 3084.3(c)(5):

[ ] Supporting Documents & Receipts        [ ] CDC 1845 Disability Verification
[ ] GA 22 Request For Interview            [ ] CDC 1824 Reasonable/Accommodation
[ ] CDC 115 Results With final dispo       [ ] CDC 7362 Health Care Required Co-Pay
[ ] CDC 115 IE/DA information/Report        [ ] CDC 128-C Medical Chrono
[ ] CDC 115 Supplemental Reports           [ ] Cell Search Slip
[ ] CDC 114-D Lockup Order                 [ ] Property Inventory Receipt
[ ] CDC 1030 Confidential Disclosure       [ ] CDC 143 Property Transfer Receipt
[ ] Lab Results Sheet                      [ ] Package Inventory Slip
[ ] CDC 7219 Medical Report                [ ] Proof of Ownership/Value
[ ] CDC 128-A _____              [ ] More Specific Information
[ ] CDC 128-B _____              [ ] Trust Statement
[X] CDC 128-G _____              [ ] CDC 193 Trust Acct Withdrawal Order
[ ] CDC 629A/629B Assess SHU Term          [ ] Legal Status Summary
[ ] CDC 812/A/B Critical/Enemy             [ ] Abstract of Judgment (AOJ)
[ ] CDC 839/840 Class/Reclass Score        [ ] CDC 1858(PC 148.6/CCR 3391(d)) Info.Advis.
[ ] CDC 958 Restoration Request            [ ] Emerg. Unwarranted CCR 3084.7(a)(2)(A)
[ ] CDC 1819 Correspondence Denial         [ ] Failed to Complete Section _____
[ ] Other _____                  [ ] Sign & Date Section _____
                                           [ ] CDC Form 602 _____

[ ]  7. The issue has been resolved, PBSP Appeal Log No. _____. A copy of the Second (Warden's) Level of Appeal review is attached per the CCR, Title 15, Section 3084.2(g)(1)(2(3).

[ ]  8. Abuse of the appeal procedure: _____

Comments: BLOODSAW - Please ATTACH 128-G PLACING YOU IN BMU AND Remove EXISTING UN-RELATED DOCUMENTATION.

FEB 28 2007

_C. Wilber_

C. E. WILBER                               Date
Appeals Coordinator

This screening action may not be appealed unless the above reasons are inaccurate and the inmate can provide supporting arguments against the screening decision.

## PERMANENT APPEAL ATTACHMENT  -  DO NOT REMOVE

PBSP          (Rev. 11/06)          CCR 3084.3(d)          PBSP

FEB 27 2007

DEPARTMENT OF CORRECTIONS
CDC-128 A (8-87)

STATE OF CALIFORNIA

**NAME and NUMBER**    BLOODSAW              P-20045         **CELL:**   AF04-223U

On 04/01/04, at approximately 1700 hours, while I was assigned as the AF-4 Control Booth Officer, I was informed by A-Facility Program Sergeant J. Diggle that I needed to empty a cell. Sergeant Diggle gave me a list of compatible inmates. On the list were inmate BLOODSAW, P20045, AF4-223 and inmate HALE, K-55936, AF4-230. At approximately 1750 hours I opened cell AF4-223 and cell AF4-230. BLOODSAW and HALE walked down to the C-Section dayroom. I informed both inmates I needed to make a empty cell. HALE stated, "No way" and walked back to his assigned cell. BLOODSAW stated, "You're trying to set me up" and walked back to his assigned cell. General population inmates at P.B.S.P. are required to comply with P.B.S.P. housing expectations. It is the expectation that compatible inmates housed in general population double cell. Both BLOODSAW and HALE are non-affiliated black inmates.

This disciplinary was originally written by Correctional Officer J. Holz as a CDC 115 for FAILURE TO MEET PROGRAM EXPECTATIONS. Prior to being classified I reduced it to a CDC 128A in the interest of justice. This is in keeping with the progressive disciplinary process.

ORIG    :    C-File
cc       :    AWC File

R. K. Bell
Correctional Lieutenant

**DATE**    04-06-04

*Idon Copy*

PBSP                    **CUSTODIAL**

*10*

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**                CCCMS NO  _____
CDC 114-D (Rev 10/98)

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER |
|---|---|
| BLOODSAW | P-78045 |

## REASON(S) FOR PLACEMENT *(PART A)*

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[X] ENDANGERS INSTITUTION SECURITY      [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
On Thursday, April 12, 2007 a decision was made to place you in the Administrative Segregation Unit (ASU). The reason for your placement is state housed on Facility B, you were charged with Battery on a Peace Officer. Specifically, you battered Correctional Officer J. Thom. Due to the lack of bed space in the ASU-SEUS you will be confined to quarters until bed space is available. You were not placed into the SEU until ___4-13-07___ you will remain in the Administrative Segregation Unit pending adjudication of a Rules Violation Report (RVR) for Battery on a Peace Officer.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)   [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:  / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 4-13-07 | R TOP | | LIEUTENANT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 4-13-07 | | R. McTork | | C/O |

| | INMATE SIGNATURE | | CDC NUMBER |
|---|---|---|---|
| [X] INMATE REFUSED TO SIGN | | | |

## ADMINISTRATIVE REVIEW *(PART B)*
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
| | | | |

### IS THIS INMATE:

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| LITERATE? | [X] | [ ] | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] | [ ] |
| FLUENT IN ENGLISH? | [X] | [ ] | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] | [ ] |
| ABLE TO COMPREHEND ISSUES? | [X] | [ ] | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] | [ ] |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [X] | [ ] | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] | [ ] | | | |

Any "NO" requires SA assignment                    Any "NO" may require IE assignment

[ ] NOT ASSIGNED                                     [ ] NOT ASSIGNED

### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER   [X] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[ ] NO WITNESSES REQUESTED BY INMATE      | INMATE SIGNATURE | DATE |

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____  [ ] RETAIN PENDING ICC REVIEW  [ ] DOUBLE CELL  [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE | |
|---|---|---|---|---|---|
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | | DATE OF REVIEW |

**See chronological Classification Review document (CDC 128 - G) for specific hearing information**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS & REHABILITATION
CDCR 128G (Rev. 12/91)

NO: P20045    NAME: BLOODSAW, Theopric    HSG: A2-109L
Custody: CLO BS    CS: 87 (IV)    C/C EFF 8/3/05
RelDate: EPRD 12/24/19    Reclass: 6/2006    Assignment: U/A
Action: AFFIX "S" SUFFIX; RETAIN C/C

Inmate Bloodsaw appeared before PBSP FAC A UCC on this date for Program Review. Prior to Committee, D. Melton was assigned as staff assistant and was present during Committee. The staff assistant was assigned for the following reasons: CCCMS level of care, and S's current RGPL is 4.0 or less. Committee effectively communicated with S as noted: Short sentences using simple English. Committee noted S has an RGPL of 3.3. Effective communication was achieved, and S appeared to understand. This Program Review is being held for the two following reasons: (1) Review for "S" suffix placement; and (2) Address prior D1/D and/or C/C status. S was asked if he was willing to take a cellie and program, and S stated, "No." Committee noted S has no cellmate and the "S" custody suffix has not previously been applied. **Committee acts to affix the "S" suffix, due to S adamantly refusing to take a cellie and program.** S was advised that the "S" suffix can be taken off when he decides to program and adhere to CDC rules and regulations of double celling. Committee notes that ICC of 6/22/05, assigned S to WG/PG D1/D when placed in AD-SEG. Per memo of 9/17/04, any I/M who is placed in AD-SEG while on C/C status shall be assigned to WG/PG D2/D. This shall be assigned whether or not the move was adverse or non-adverse. **Committee acts to clear this error and make S D2/D effective 6/10/05 through 8/2/05, then C/C 8/3/05 until present UCC.** As S is adamantly refusing to program, Committee acts to retain S on WG/PG C/C. **Committee further acts to continue custody level at CLO BS, with WG/PG C/C effective 8/3/05.** S participated in Committee, acknowledged understanding, and agreed with Committee action, stating, "I refuse to take a cellie. I'm telling you straight up, I'm a Crip." S was advised of Committee's decision and his right to appeal, and that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDC Form 128G Classification chrono or not. Next scheduled Committee will be in 6/2006, for Annual Review.

CHAIRPERSON: D. SWEARINGEN/FC(A)    S. WALCH/CCII(A)    RECORDER: M. THORNTON/CCI

CC: ☐OBIS ☐CSR ☐IGI ☐PSYCH ☐MED ☐C&PR ☐OTHER _____    ☒128-C2 in C-file
Committee Date: 10/18/05    (THORNTON/jw)    Classification    FAC-A UCC/REVIEW    Inst: PBSP

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDC 128G (Rev. 12/91)

NO: P-20045    NAME: BLOODSAW, Theopric    Housing: B8-209
Custody: CLO B    CS: 93 (IV)    C/C Eff. 07/14/04    Assignment: BMU
RelDate: EPRD 12/24/2019    Reclass: 01/03/07    Action: REAFFIRM PLACEMENT IN BMU FOR 90 DAYS.
    RETAIN ON STEP# 1 OF ITP.    CONTINUE
    C/C EFFECTIVE 07/14/04. D/C CLEAR.

Inmate Bloodsaw appeared before PBSP FAC B Behavior Modification Unit (BMU) UCC on this date for Program Review. Committee notes CDC 128C, Madrid Exclusionary, dated 03/01/04, denoting no level of care. DDP Review: 128C-2 in Central File. Prior to Committee Correctional Officer Thom was assigned as a staff assistant and was present during Committee. The staff assistant was assigned for the following reason: S's current RGPL is 4.0 or less. Committee notes S has a RGPL of 3.3. Effective communication was achieved using short sentences and simple English and S appeared to understand. Committee notes that S has received disciplinaries dated 10/17/06, 11/14/06, 11/16/06, and 11/21/06, for Refusing to Attend BMU Classes. S additionally received a 128A dated 10/25/06 for Refusing to Accept a Cellie during this 30 day review. Placement score is a current Level IV score of 93 points. Mandatory minimum score of 19 is noted for VIO. S was advised to notify staff immediately of any enemy situation which may arise. S is approved for 270 design facilities. **Committee acts to reaffirm S in the BMU program for 90 days and retain on Step # 1 of Individual Treatment Plan (ITP) for 30 days based on S's nonparticipation in the required BMU classes and not remaining disciplinary free. Committee also acts to continue WG/PG C/C status effective 07/14/04, and continue at CLO B custody. S was reviewed and cleared for double celling.** S was advised of his ITP which includes the basic requirement that he remain disciplinary free for 90 days prior to any consideration for his release from BMU and his completion of the selected behavior modification assignments. S participated in Committee, acknowledged understanding and disagreed with Committee action, stating "What about my 602's. I will see you all in Court." UCC explained that his appeals were being processed and that he needed to follow the BMU program requirements to be released to the general population. S is eligible to work around computers, computer systems, or be in areas that may have access to personal information per PC 2702, PC 502, or PC 5071. PC 2933 and 2930 complied with. S was advised of Committee's decision and his right to appeal, and that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDC form 128G, Classification chrono, or not. Next scheduled Committee will be on 01/03/07 for Program Review. Next scheduled Annual Committee will be in 06/2007.

CHAIRPERSON: G. BELL/FC (A)    S. WALCH/CCII    S. ROBERTS/EDUCATION    RECORDER: D. MELTON/CCI

☐ OBIS ☐ CSR ☐ IGI ☐ PSYCH ☐ MED ☐ OTHER

Committee Date:    11/29/06    (MELTON/ew)    Classification    **BMU**/UCC    PROGRAM REVIEW    Inst: **PBSP**

orig.

06
203    68    19

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDCR 128G (REVISED 4/07)

NO:    P-20045    NAME: BLOODSAW, THEOPRIC    HSG:    ASU E1
Custody:  MAX    PS: 133    Level:  IV    WG/PG: D1/D    EFF:  09/13/2007 Assignment:  ASU MERD 04/12/2008
Rel Date:  EPRD 12/01/2021 Reclass:  06/12/2008  Action:  RETAIN SHU INDET STATUS UPON EXPIRATION OF MERD; REFER TO CSR RX
BPH Rev:  0    TX PBSP/COR SHU

**RECOMMENDED ACTION:** Retain in SHU indeterminate status upon expiration of MERD. Refer to CSR recommending transfer PBSP/COR SHU.

**ADMINISTRATIVE PLACEMENT FACTORS:**  Inmate BLOODSAW refused to appear before PBSP AD-SEG, ICC on this date for Pre-MERD Review. Pursuant to CCR 3336 the Reason for Placement (Part A) is:  S is serving a determinate SHU term due to RVR 04/12/07, Battery on a Peace Officer, with a MERD of 04/12/2008.

**DISCUSSION:**  Committee notes S is endorsed for transfer to PBSP SHU. Due to the lack of SHU bedspace S has remained in ASU on Active MERD. Committee reviewed S's disciplinary history which includes two RVR's that resulted in determinate SHU terms.  S has been found guilty of RVR's dated 08/11/99, Attempted Battery on a Peace Officer, 04/12/07, Battery on a Peace Officer 12/19/07, Indecent Exposure and numerous RVR's for recurring Failure to Meet Program/Work Expectations. Committee views S's refusal to appear at ICC for his Pre-MERD Review, as another example of his refusal to program.   Committee deems S's presence in GP poses an unacceptable risk to the safety of others and the security of the institution. Committee acts to retain S on SHU Indeterminate status upon expiration of MERD.

**STAFF ASSISTANCE:**  More than 24 hours prior to Committee, Correctional Officer J. Kay was assigned as SA.  The SA was assigned as S has no documented reading level or his reading level is below 4.0.

**MENTAL HEALTH REVIEW:**  ICC notes CDCR 128-C, dated 06/27/01, noting S is not a participant in the MHSDS level of care.

**DA ACTION:** N/A

**CELL STATUS:**  S is cleared for double celling.

**YARD STATUS:**  Committee acts to place S on Walk Alone Yard Status, Individual Exercise Yard, based upon case factor review.

**COMMITTEE ACTION:**  Committee acts to refer this case to the CSR with recommendation for transfer to PBSP, with alternate of COR, for SHU placement. This is an adverse transfer. Upon transfer, S's custody will be MAX; WG/PG D1/D effective 09/13/07 and single cell housing will not be required.

**INMATE COMMENTS:** N/A

**APPEAL RIGHTS:** As S's case was reviewed in absentia, he will be advised of his rights via this chrono.

CHAIRPERSON:    F. JACQUEZ/CDW    RECORDER:    S. O'DELL/CCII

COMMITTEE MEMBERS:    R. BELL/FC    J. PASCOE/PHD

DATE:    03/12/2008    ASU INSTITUTIONAL CLASSIFICATION COMMITTEE    Inst.: PBSP

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDCR 128G (REVISED 4/07)

| | | | | | |
|---|---|---|---|---|---|
| NO: | P-20045 | NAME: BLOODSAW, THEOPRIC | | | HSG:    ASU-F12 |
| Custody: | CLO-B | PS: 133 | Level: IV | WG/PG: A2/B | EFF: 04/13/08 | Assignment:    SS, FS W/L |

Rel Date:   EPRD 12/01/2021   Reclass:   04/25/08    **Action:**   ASSESS/SUSPEND 6-MONTH SHU TERM RVR 12/19/07; REFER TO CSR
BPH Rev:   NA                                     AUDIT/REVIEW; RELEASE PBSP-IV B FAC ESTABLISH CLO-B CUSTODY WG/PG
                                                  A2/B EFF 04/13/08; FS, SS W/L; REFER BMU REVIEW

RECOMMENDED ACTION: Refer to CSR for audit/review.

ADMINISTRATIVE PLACEMENT FACTORS: Inmate BLOODSAW refused to appear before PBSP AD-SEG, ICC on this date for Subsequent Review.
Committee notes S currently housed in ASU without being issued a CDCR 114-D.

DISCUSSION: S was previously housed at PBSP SHU serving a determinate SHU term due to an RVR dated 04/12/07, Battery on a Peace Officer. At the
expiration of a 04/12/08 MERD, S was moved to ASU. Committee notes a CSR action dated 03/25/08 referred the case to the CDW. The CSR noted an
RVR dated 12/19/07, for Indecent Exposure had not been assessed a SHU term as required per the CSRs. Committee also notes ICC action dated
03/12/08 retained S on Indeterminate status due to S's disciplinary history. **ICC acts to rescind ICC action dated 03/12/08.** C-File reflects S was found
guilty of the following: RVR dated 12/19/07, Log #E07-12-0003, CCR #3007, a DIV-D offense, for the specific offense to Indecent Exposure, resulting in
90-days loss of credit. **This offense warrants a SHU term; therefore Committee acts to assess a 6-month concurrent SHU term and refer to CSR
for audit and review.** No aggravating factors were noted. The SHU term was not mitigated due to prior disciplinary history. S's WG/PG will be D2/D
effective 12/19/07 for period of credit forfeiture per CCR #3045.1, then WG/PG D1/D will be applied. **Suspended MERD for this offense is 05/04/08.**

STAFF ASSISTANCE: More than 24 hours prior to Committee, Correctional Officer J. Kay was assigned as SA. The SA was assigned as S has no
documented reading level or his reading level is below 4.0.

MENTAL HEALTH REVIEW: ICC notes CDCR 128-C, dated 04/02/08, noting S is not a participant in the MHSDS level of care.

DA ACTION: NA

CELL STATUS: S is cleared for double celling.

YARD STATUS: GP

COMMITTEE ACTION: **Release to the GP on FAC-B only. C-File reflects S was found guilty of the following: RVR dated 12/19/07, Log #E07-12-
0003, CCR #3007, a DIV-D offense, for the specific offense to Indecent Exposure, resulting in 90-days loss of credit. This offense warrants a SHU term;
therefore Committee acts to assess and suspend a 6-month concurrent midrange SHU term for Indecent Exposure. MERD for this offense is
05/04/08.** No aggravating nor mitigating factors were noted. **Refer to CSR for audit and review.** S's WG/PG will be D2/D effective 12/19/07 for period of
credit forfeiture per CCR #3045.1, then WG/PG D1/D will be applied.

**Refer for BMU placement, establish CLO-B custody, and WG/PG A2/B, effective 04/13/08, and place on the SS, FS waiting lists.**

INMATE COMMENTS: NA

APPEAL RIGHTS: As S's case was reviewed in absentia, he will be advised of his rights via this chrono.

CHAIRPERSON:    M. COOK/CDW(A)                                    RECORDER:    S. O'DELL/CCII

COMMITTEE MEMBERS:    R. BELL/FC            C. GLINES/PHD

DATE:    04/16/2008            ASU INSTITUTIONAL CLASSIFICATION COMMITTEE            Inst.: PBSP

Case 5:08-cv-03622-JF   Document 1   Filed 07/29/2008   Page 42 of 130

| STATE OF CALIFORNIA | | | | | DEPARTMENT OF CORRECTIONS AND REHABILITATION |
|---|---|---|---|---|---|
| NO: P-20045 | Name: BLOODSAW, Theopric | PS: 137 | Level: IV | Custody: CLO B | Housing: B8-113 |
| Rel Date: EPRD 06/30/2021 | WG/PG: C/C Eff. 05/28/08 | MHS: GP | RGPL: 3.3 | Assignment: VUN | |
| BPH Rev. N/A | Action: REJECT FROM BMU PROGRAM. DEEM PROGRAM FAILURE. ESTABLISH WG/PG C/C, STATUS, EFF. 05/28/08. P/O VUN. D/C CLEAR. | | | | |
| Reclass: 06/08 | | | | | |

**BMU Placement Factors:** Inmate Bloodsaw refused to appear and was reviewed in absentia by PBSP FAC-B Behavior Modification Unit (BMU) UCC on this date for Program/Annual Review. S was initially placed into the BMU program on 04/29/08, based on: **S committed a SHUable offense per the CCR, Title 15, Section, 3341.5.** Committee notes that since S's prior 30 Day Program Review, he has not remained disciplinary free and has not participated in any of the required educational classes of his Individual Treatment Plan (ITP). UCC notes S received RVR dated 05/15/08, for Recurring Failure to Meet Program Expectations, and 128A dated 05/15/08, for Refusing to Double Cell. Based on this information, UCC is in mutual agreement that S has not met the requirements of Step # 1, and therefore, is not eligible to graduate to the next 30 day increment of Step # 1, due to S is a Subsequent BMU placement and requires 60 days in each step of his ITP. UCC further notes that S has failed to successfully progress in the step process of his ITP; therefore, based on this above information, UCC elects to deem S a Program Failure and reject him from the BMU program. S was informed via the staff assistant, that he must submit a written request after 30 days of being disciplinary free, to the BMU CCI for readmission consideration and shall be reviewed by UCC, per OP # 225.

**Staff Assistance:** Committee notes CDC 128C, dated 03/12/08, noting S is not a participant in the MHSDS. DDP Review: 128C-2 in Central File, and is clear noting NCF. Committee notes that S has a RGPL of 3.3. Prior to Committee, Correctional Officer Thom was assigned as a staff assistant, interviewed S at least 24 hours prior to Committee per the CCR, Section 3315 (d)(2)(A), and was present during Committee. The staff assistant was assigned for the following reason: S's current RGPL is 4.0 or less. Effective communication was achieved, via the staff assistant, using short sentences and simple English, and S appeared to understand.

**Cell Status:** S states he can be housed with Black ethnic groups. Committee notes S has no current cellmate.

**Committee Notes:** S is approved for 180' design facilities due to: Code A1 (SHU placement during the past three years). Current placement score is noted to be 137 Level IV points, based on S received one (1) Rules Violation Report; which increased his score by 4 points during this annual review period.

**Committee Action:** Reject from the BMU Program and deem a Program Failure. Establish WG/PG, C/C status effective 05/28/08, place on the VUN waiting lists, and continue at CLO B custody level. S was reviewed and cleared for double-celling, noting no history of in-cell violence

**Appeal rights:** S is eligible to work around computers, computer systems, or be in areas that may have access to personal information per PC 2702, PC 502, or PC 5071. PC 2933 and 2930 complied with. S was advised of Committee's decision and his right to appeal via the staff assistant, at the conclusion of UCC, and appeared to understand. Next scheduled Annual Review will be in 06/09.

CHAIRPERSON: R. K. BELL/FC.

RECORDER: D. MELTON/CCI

COMMITTEE MEMBERS: M. THORNTON/CCII (A)

| Committee Date: 05/28/08 | Classification: Facility B BMU/UCC | PROGRAM REVIEW | Inst: PBSP |
|---|---|---|---|

NAME and NUMBER      BLOODSAW               B-2         B8-209L               CDC-128-B (Rev. 4/74)

On Tuesday, October 17, 2006, at approximately     hours, you were involved in a Battery on an Inmate with Inmate MEREDITH (D-84587, B8-10 L)   the upper tier shower of B8 "A" Section. You have been deemed the victim of the battery   staff witnessing the incident. You have subsequently been considered a non-confidential    of Inmate MEREDITH. This information will be documented on your Non-Confidential CDC Form         y  Central File.

ORIG: C-FILE
cc  : INMATE
      CCI
      AWC

K. BELL
FACILITY PROGRAM LIEUTENANT

DATE   10/18/2006                                    PBSP                    GENERAL CHRONO

20
21. 23

STATE OF CALIFORNIA

NAME and NUMBER    BLOODSAW    P-20045    CELL:    B8-209L

On 12-11-06, at approximately 2300 hrs., while I was assigned as B7-8-rover, I was performing the twenty three hundred hour count. When I approached cell 209 in unit B8 I was unable to see inside due to a plastic covering placed on the inside of the door. I informed inmate BLOODSAW (P20045, B8-209L), that he would have to remove a section of the plastic. Inmate BLOODSAW complied with the order and stated that other inmates in the section were throwing water at him through his cell door. I informed sergeant Pepiot of inmate BLOODSAW statement and made a notation in the B8-Floor station log book.

E. BONITI
CORRECTIONAL OFFICER
1/W, B7,8-ROVER, RDO's F'S/11

ORIG: C-FILE
CC  : INMATE
      CCI
      AWC

DATE:    12-11-06

PBSP    GENERAL CHRON )

22. 24

Department of Corrections and Rehabilitation
CDCR 128B

State of California

NAME: BLOODSAW, Theopric    NUMBER: P20045    HOUSING: B8-131ᴸ

\*Subject's case has been reviewed by the Behavior Modification Unit (BMU) Staff. Based upon this review the following actions have been taken, and are effective upon this date.

**SUBSEQUENT 180 DAYS**

BMU PLACEMENT CRITERIA= _StUable Offense_

[X] INITIAL PLACEMENT    [ ] RETAIN CURRENT STEP    [ ] RETURN TO PREVIOUS STEP    [ ] GRADUATE TO NEXT STEP
[ ] PLACE BACK TO _____

| [X] STEP #1 | [ ] STEP #2 | [ ] STEP #3 |
|---|---|---|
| \*Privilege Group C status | \*Privilege Group C status | \*Privilege Group B status |
| (Consistent with CCR Section, 3044) | (Consistent with CCR Section, 3044) | (Consistent with CCR Section, 3044) |
| \*Emergency telephone calls only | \*One telephone call per month | \*One telephone call per month |
| \*¼ Canteen draw, $45.00 | \*½ Canteen draw, $45.00 | \*½ Canteen draw, $90.00 |
| \*Non-contact visits, if eligible | \*Non-contact visits, if eligible | \*BMU ½ Time Position |
|  |  | \*Contact visits, if eligible |

Celling status
[X] Double cell approved
[ ] Single cell only

Ethnicity: [ ] W  [X] B  [ ] Other
[ ] N HISP  [ ] S HISP

Gang affiliation: _Crip_

Aka: _"T", "Theo"_

Enemies Reviewed By:  D. MELTON, CCI

ENEMY CONCERNS: [ ] NONE  [X] NONE AT PBSP  [ ] NOTED AS FOLLOWS: _____

DISTRIBUTION:
ORIGINAL: C-File
CC: AWC File
Inmate

_Dmelton  CCI_
B Facility, BMU-CCI

DATE: 4/29/08    **PBSP BMU PROGRAM STATUS CHRONO**

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS AND REHABILITATION
                                                                                                 CDCR 128 B

23

NAME: __BloodSAN__    NUMBER: __P20045__    HOUSING: __B8-131L__

# *BEHAVIOR MODIFICATION UNIT (BMU) STEP PROCESS / PRIVILEGES AND EXPECTATONS*

**\*STEP #1**: Initial Placement: PG / C status for approximately 60 days (Consistent with CCR, Title 15, Section 3044):

1. For a minimum of 90 days or 180 days, if Subsequent Placement, beginning the date of the Committee action.
2. Authorized emergency telephone calls only.
3. One-quarter monthly canteen allowance; draw not to exceed $45.00.
4. Non-contact visits, if eligible.
5. If the inmate meets the goals of the Individual Treatment Plan (ITP), he will graduate to Step 2.

**\*STEP #2**: Privilege Group C status for approximately 30 days (Consistent with CCR, Title 15, Section 3044):

1. One telephone call per month.
2. One-quarter monthly canteen allowance; draw not to exceed $45.00.
3. Non-contact visits, if eligible.
4. If the inmate meets the goals of the ITP, he will graduate to Step 3.

**\*STEP #3**: Privilege Group B status for approximately 30 days (Consistent with CCR, Title 15, Section 3044):

1. Inmate is eligible for a job within the BMU only. As enough jobs can be provided and encouraged success, these porter and barber jobs may be designated half-time positions.
2. One telephone call per month.
3. One-half monthly canteen allowance; draw not to exceed $90.00.
4. Contact visits, if eligible.
5. If the inmate meets the goals of the ITP, he will graduate to Step 4, and be released to the General Population.

**\*STEP #4**: Upon completion of the Individual Treatment Plan (ITP), inmates will be returned to traditional General Population (GP) housing, upon bed availability.

Graduation to succeeding ITP Steps is entirely based upon the inmate's positive performance. Specifically: The inmate must remain disciplinary free, (including any 128 A Counseling Chrono's), maintain grooming standards, and participate to the best of his ability in the programs assigned to him in his Individual Treatment Plan (ITP). The above mentioned Step increases shall be documented on a CDCR, Form 128-B Informational Chrono by the appropriate BMU staff, only if said action is non-adverse, per Operational Procedure #225.

## D. MELTON, CCI
Behavior Modification Unit Counselor

cc:    C-File
        CC-I
        Inmate

| *I acknowledge receipt of the Step Process, Privilege Restrictions, and Graduation Requirements: | (A) Refused to Attend    4/29/08 |
| --- | --- |
| | Inmate's Signature            Date |

\*BMU                        INFORMATIONAL CHRONO                        PBSP

4  23.  26.

NAME: Bloodsaw          NUMBER: P20045          HOUSING: B8-131L

## *BEHAVIOR MODIFICATION UNIT (BMU) STEP PROCESS / PRIVELEGES AND EXPECTATONS:*

### *STEP #1: Initial Placement:Work Group/Privilege Group C/C status for approximately 30days:
1. Authorized emergency telephone calls only.
2. One-quarter monthly canteen draw allowance, not to exceed $45.00.
3. A minimum of ten hours of out-of-cell time per week, which includes dayroom, workshops, and self-help group activities, as limited by physical design and local institution security and facility needs.
4. Out-of-cell time limited to contact with BMU inmates only.
5. Non-contact visits, if eligible.
6. If the inmate meets the goals of the Individual Treatment Plan (ITP), he will graduate to Step 2.

### *STEP #2: Work Group / Privilege Group C/C status / for approximately 30 days:
1. One telephone call per month.
2. One-half monthly canteen draw allowance, not to exceed $90.00.
3. A minimum or ten hours out-of-cell time per week, which includes dayroom workshops, and self-help group activities, as limited by physical design and local institution security and facility needs.
4. Non-contact visits, if eligible.
5. If the inmate meets the goals of the ITP, he will graduate to Step 3.

### *STEP #3: Work Group / Privilege Group B/B status /for approximately 30 days:
1. Inmate is eligible for a job within the BMU only. As enough jobs can be provided and encouraged success, these porter and barber jobs may be designated half-time positions
2. One telephone call per month
3. One-half monthly canteen draw allowance, not to exceed $90.00.
4. A minimum of ten hours out-of-cell time per week, which includes **yard**, dayroom, workshops, and self-help group activities, as limited by local institution security and facility needs.
5. Contact visits, if eligible.
6. If the inmate meets the goals of the ITP, he will graduate to Step 4.

### *STEP #4: Upon completion of the Individual Treatment Plan (ITP), inmates will be re-housed into alternate General Population (GP) housing, upon bed availability.


Graduation to succeeding steps is entirely based upon the inmate's positive performance. Specifically: The inmate must remain disciplinary free, (including any 128 A Counseling Chronos), maintain grooming standards, and participate to the best of the inmates ability in the programs assigned to him in his Individual Treatment Plan (ITP).

Reference: Operational Procedure #225/BMU


## D. MELTON, CCI

Behavior Modification Unit Committee Member

cc:    CC-I
       C-File
       Inmate

| *I acknowledge receipt of the Step Process, Privilege Restrictions and Graduation Requirements: | I/m copy _____ Inmate's Signature | 4/29/08 _____ Date |
|---|---|---|

97 93

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B-1 (3-88)

# NOTICE OF CLASSIFICATION HEARING

**HOUSING:B8-209L**

CDCR 128-B1 (REV 2/95)

| INMATE NAME | NUMBER | DATE |
|---|---|---|
| BLOODSAW, THEOPRIC | P20045 | 3/23/07 |

YOU WILL APPEAR BEFORE A CLASSIFICATION COMMITTEE ON __3/27/07__ FOR CONSIDERATION OF POSSIBLE PROGRAM CHANGE, AS FOLLOWS:

| | | | |
|---|---|---|---|
| ☐ TRANSFER | ☐ INCREASE IN CUSTODY | | ☐ ASSIGNMENT TO SECURITY HOUSING |
| ☐ REMOVAL FROM PROGRAM | ☒ OTHER (SEE BELOW) **UCC / BMU** | | |

Reason for Action:

## BEHAVIOR MODIFICATION UNIT (BMU) <u>INITIAL PLACEMENT REVIEW</u>

\*I WAIVE MY 72 HOUR PREPARATION PERIOD_____

\*I REQUEST MY HEARING BE HELD IN ABSENTIA_____

| D. MELTON | CCI | PBSP |
|---|---|---|

ROUTING INSTRUCTIONS: ORIGINAL, CENTRAL FILE.; COPIES: CLASSIFICATION COMMITTEE AND INMATE

*15 . 98*
*94*

STATE OF CALIFORNIA

**NOTICE OF CLASSIFICATION HEARING**

*BB 209L*

DEPARTMENT OF CORRECTIONS
CDC-128 B-1 (3-88)

| INMATE NAME | NUMBER | DATE |
|---|---|---|
| **BLOODSAW** | **P20045** | **02/23/2007** |

YOU WILL APPEAR BEFORE A CLASSIFICATION COMMITTEE ON _____ASAP_____ FOR CONSIDERATION OF A MAJOR PROGRAM CHANGE AS FOLLOWS:

☐ TRANSFER                ☐ INCREASE IN CUSTODY                ☐ ASSIGNMENT TO SECURITY HOUSING
☐ REMOVAL FROM PROGRAM     ☒ OTHER (SEE BELOW) **BMU/UCC**

Reason for Action.

## BEHAVIOR MODIFICATION UNIT (BMU) 30 DAY PROGRAM REVIEW

| STAFF NAME | TITLE | |
|---|---|---|
| **D. MELTON** | **CCI** | **PBSP** |

ROUTING INSTRUCTIONS: ORIGINAL: CENTRAL FILE.: COPIES: CLASSIFICATION COMMITTEE AND INMATE

96  99½
95
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B-1 (3-88)

## NOTICE OF CLASSIFICATION HEARING

B8-209ᴸ

| INMATE NAME | NUMBER | DATE |
|---|---|---|
| Blood Saw | P20045 | 12/26/06 |

YOU WILL APPEAR BEFORE A CLASSIFICATION COMMITTEE ON  ASAP FOR CONSIDERATION OF A MAJOR PROGRAM CHANGE AS FOLLOWS:
1-3-07

☐ TRANSFER           ☐ INCREASE IN CUSTODY              ☐ ASSIGNMENT TO SECURITY HOUSING
☐ REMOVAL FROM PROGRAM  ☒ OTHER (SEE BELOW)   UCC   30 days

Reason for Action:

### BEHAVIOR MODIFICATION UNIT (BMU) REVIEW

Action may be adverse in nature based on your nonparticipation

| D. MELTON | CCI | PBSP |
|---|---|---|

ROUTING INSTRUCTIONS: ORIGINAL: CENTRAL FILE.  COPIES: CLASSIFICATION COMMITTEE AND INMATE

17 STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
                                                                         CDC-128 B-1 (3-88)

## NOTICE OF CLASSIFICATION HEARING                          B8-209

| INMATE NAME | NUMBER | DATE |
|---|---|---|
| Bloodsaw, Theopric | P20045 | 10/17/06 |

YOU WILL APPEAR BEFORE A CLASSIFICATION COMMITTEE ON  **ASAP**            FOR CONSIDERATION OF A MAJOR PROGRAM
CHANGE AS FOLLOWS:

☐ TRANSFER                    ☐ INCREASE IN CUSTODY          ☐ ASSIGNMENT TO SECURITY HOUSING
☐ REMOVAL FROM PROGRAM        ☒ OTHER (SEE BELOW) *Program*

Reason for Action:

### UCC/ICC BMU PLACEMENT REVIEW

| STAFF NAME | TITLE | |
|---|---|---|
| D. MELTON | CCI | PBSP |

ROUTING INSTRUCTIONS: ORIGINAL: CENTRAL FILE.; COPIES: CLASSIFICATION COMMITTEE AND INMATE

7. 45. 101

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (6-87)

DATE:          I/M NAME:                    CDC#              CELL

On  3-22-07  , at approximately  0930  hours, inmate  BLOODSAW  , CDC# P20045 ,
cell# 8B-209  , refused to attend the mandatory BMU class. Inmate  Bloodsaw  was assigned to the
BMU in Committee on  9-21-06  , where the mandatory program was explained in detail.

_____

INMATE SIGNATURE

                                        C/o J. Thom
                                        STAFF (Print Name and Sign)

                                        C/o J. Thom
                                        STAFF (Print Name and Sign)

☒ INMATE REFUSED TO SIGN

ORIG    :    C-File
cc      :    Inmate
        :    AWC

                                        PBSP        GENERAL CHRONO

99
96.  98
102

STATE OF CALIFORNIA                                                        DEPARTMENT OF CORRECTIONS

# NOTICE OF CLASSIFICATION HEARING
CDC 128-B1 (Rev. 2/95)                                          B8 120 209

| INMATE NAME | CDC NUMBER | TODAY'S DATE |
|-------------|------------|--------------|
| Bloodsaw    | P20045     | 9-13-06      |

YOU WILL APPEAR BEFORE A CLASSIFICATION COMMITTEE ON _____ asap _____ FOR CONSIDERATION OF A
MAJOR PROGRAM CHANGE AS FOLLOWS:

☐ TRANSFER                    ☐ INCREASE IN CUSTODY          ☐ ASSIGNMENT TO SECURITY HOUSING

☐ REMOVAL FROM PROGRAM        ☒ OTHER  BMU placement

REASON:  UCC Special Review

| STAFF: NAME | | |
|-------------|-----|------|
| D. Melton   | CCI | PBSP |

ROUTING INSTRUCTIONS: ORIGINAL-CLASSIFICATION COMMITTEE     COPY-INMATE

State of California

# Memorandum

Date    : November 6, 2007

## DA DISMISS
(AND DETAINER REMOVAL)

To    : M. D. Yax
Associate Warden
Central Services

From    : Department of Corrections and Rehabilitation
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA  95532-7000

Subject : PBSP INCIDENT #PBP-B08-07-04-0144, CRPB07-5089

On April 12, 2007, inmate **BLOODSAW, P-20045**, committed the following violation of the California Penal Code Section:

69        **Resisting or Deterring an Officer**
4501.5    **Battery Upon a Person not a Prisoner**

On May 4, 2007, the case was presented to the Del Norte District Attorney's Office for possible prosecution.

On May 29, 2007, the Del Norte County District Attorney's Office notified Pelican Bay State Prison that their office issued a complaint charging the above named inmate with the following violation of the Penal Code Section:

COUNT I   4501.5 **Battery Upon a Person not a Prisoner**
COUNT II 69      **Resisting or Deterring an Officer**

On November 6, 2007, the District Attorney's Office notified Pelican Bay State Prison that on October 26, 2007, the case was dismissed by the court, and the above named inmate will not be held to answer to the above charges.

The Court Liaison Office is no longer investigating the above named inmate. Please release the Detainer placed by this office. Any pending disciplinary action should be completed and a closure report prepared.

This closes our interest in this case. If you have any questions, please call my office at extension 9081 or 5526.

T. STEWART
Correctional Sergeant
Court Liaison Office

cc:   Facility Captain
Facility S&E
Records
Security Squad
Inmate
OTC Desk

MICHAEL D. RIESE
DISTRICT ATTORNEY
450 H Street, #171
Crescent City, CA  95531
Telephone: (707) 464-7210

Attorney(s) for Plaintiff

Space Below for use of Court Clerk Only

**ENDORSED**
**FILED**

OCT 2 6 2007

SUPERIOR COURT OF CALIFORNIA
COUNTY OF DEL NORTE

---

### SUPERIOR COURT OF CALIFORNIA, COUNTY OF DEL NORTE

450 H Street, Crescent City, CA

---

THE PEOPLE OF THE STATE OF CALIFORNIA /

v.

**THEOPRIC BLOODSAW**(P-20045)

Defendant

/ CASE NUMBER: **CRPB07-5089**
/
/ **REQUEST FOR DISMISSAL**
/
/ Next Court Date: 11/1/2007

---

Request is made to dismiss this action for the following reason:

Interests of justice.

Dated: October 24, 2007

MICHAEL D. RIESE
DISTRICT ATTORNEY

By:    Katherine Micks
       Deputy District Attorney

### IT IS SO ORDERED

Dated: OCT 2 6 2007

Robert W. Weir

Judge of the Superior Court

PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Del Norte. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 450 H Street, Crescent City, California, 95531.

On October 24, 2007, I served the within **REQUEST FOR DISMISSAL** in this action by delivering to and leaving with the following persons in the County of Del Norte, State of California, a true copy thereof, to wit:

Law Office of **George Mavris**, *via clerk's receptacle.*

I, H. Diane Collins, declare, under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2007, at Crescent City, California.

H. Diane Collins

24 25 21

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| P-20045 | BLOODSAW | | 1-23-2020 | PBSP | B8-209L | BO7-01-0077 |
| VIOLATED RULE NO(S). 3005(b) | SPECIFIC ACTS RECURRING FAILURE TO MEET PROGRAM EXPECTATIONS | | LOCATION B8 UNIT | DATE 1-22-07 | | TIME 1230 HRS. |

CIRCUMSTANCES

On 1-22-07, at approximately 1230 hrs., while working as the BMU Teacher, Inmate HOLMES (P-20045, B8-209L), refused to attend the mandatory BMU class. BLOODSAW refused to sign his CDC 128-B, Refusal Chrono. Inmate BLOODSAW was assigned to the BMU in Committee on 9-21-06, where the mandatory program was explained in detail. BLOODSAW has received CDC 115s on 10-17-07, 10-24-06, 10-26-06, 10-30-06, 11-7-06, and 12-29-06 for the same offense. BLOODSAW has refused to attend any BMU class. BLOODSAW also received CDC 128B Refusal Chronos dated 1-5-07, 1-11-07, 1-12-07, 1-18-07, 1-19-07, and 1-22-07 for refusing to attend the mandatory BMU class.

This inmate is not EOP or Crisis Bed. Following current guidelines for mental health assessments, the circumstances of this offense have been carefully evaluated. The Reviewing Supervisor has concluded that a Mental Health Assessment is not required.

| REPORTING EMPLOYEE (Typed Name and Signature) ▶ S. ROBERTS, TEACHER | | DATE 1-25-07 | ASSIGNMENT B-BMU TEACHER | RDO'S 2/W, S/S/H |
|---|---|---|---|---|
| REVIEWING SUPERVISOR'S SIGNATURE ▶ A. PEPIOT, SGT. | DATE 1-25-07 | ☐ INMATE SEGREGATED PENDING HEARING DATE N/A    LOC | | |
| CLASSIFIED ☐ ADMINISTRATIVE ☑ SERIOUS | OFFENSE DIVISION: F | DATE 1-25-07 | CLASSIFIED BY (Typed Name and Signature) D.A. CHRIST, LT. | HEARING REFERRED TO ☐ HO ☑ SHO ☐ SC ☐ FC |

COPIES GIVEN INMATE BEFORE HEARING

| ☑ CDC 115 | BY: (STAFF'S SIGNATURE) R. MAZICK, C/O | DATE 08-06-07 | TIME 0835 | TITLE OF SUPPLEMENT | DATE | TIME |
|---|---|---|---|---|---|---|
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |

HEARING

(SEE ATTACH 115 HEARING SUMMARY)

| REFERRED TO ☐ CLASSIFICATION ☐ BPT/NAEA | | | | |
|---|---|---|---|---|
| ACTION BY: (TYPED NAME) R.K. BELL, LT. | | SIGNATURE ▶ | DATE | TIME |
| REVIEWED BY: (SIGNATURE) ▶ M. FOSS, CAPT | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE M.A. COOK, AWGP. | DATE | |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | | BY: (STAFF'S SIGNATURE) ▶ | DATE 3/6/7 | TIME 12:20 |

CDC 115 (7/88)

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| P-20045 | BLOODSAW | 3005(b) | 1-22-07 | PBSP | B07-01-0077 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT    ☐ YES    ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

☐ **I DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution.

INMATE'S SIGNATURE ▶                    DATE

☐ **I REQUEST** my hearing be postponed pending outcome of referral for prosecution.

INMATE'S SIGNATURE ▶                    DATE

DATE NOTICE OF OUTCOME RECEIVED          DISPOSITION

☐ **I REVOKE** my request for postponement.

INMATE'S SIGNATURE ▶                    DATE

## STAFF ASSISTANT

STAFF ASSISTANT
☐ REQUESTED    ☒ WAIVED BY INMATE

INMATE'S SIGNATURE ▶  Refused          DATE  012607

☒ ASSIGNED    DATE 1-26-07    NAME OF STAFF  R. Mazyck C/O

☒ NOT-ASSIGNED    REASON

## INVESTIGATIVE EMPLOYEE

INVESTIGATIVE EMPLOYEE
☐ REQUESTED    ☒ WAIVED BY INMATE

INMATE'S SIGNATURE ▶  Refused          DATE  012607

☐ ASSIGNED    DATE    NAME OF STAFF

☒ NOT ASSIGNED    REASON  DNMC per 3315 (d)(1)

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS):

☐ REPORTING EMPLOYEE    ☐ STAFF ASSISTANT    ☐ INVESTIGATIVE EMPLOYEE    ☐ OTHER ____    ☒ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

**INVESTIGATIVE REPORT:** Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE ▶ | | DATE |
|---|---|---|---|

☒ COPY OF CDC 115-A GIVEN INMATE    BY: (STAFF'S SIGNATURE)  R. Mazyck, C/O    TIME 0835    DATE 012607

CDC 115-A (7/88)                    — If additional space is required use supplemental pages —

STATE OF CALIFORNIA              DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT - PART C       PAGE __1__ OF _2_

| CDC NUMBER P-20045 | INMATE'S NAME BLOODSAW | LOG NUMBER B07-01-0077 | INSTITUTION PBSP | TODAY'S DATE February 23, 2007 |
|---|---|---|---|---|

| ☐SUPPLEMENTAL | ☑CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☑HEARING | ☐I.E. REPORT | ☐OTHER |
|---|---|---|---|---|---|

**Hearing:** On February 23, 2007, at approximately 0730 hours, BLOODSAW was given the opportunity to attend this disciplinary hearing. BLOODSAW declined. When informed by staff that he needed to sign a CDC 128-B confirming that he had refused to attend, BLOODSAW refused to sign. At this institution, force will not be used to coerce attendance at a hearing. For this reason, his refusal to attend was accepted and the hearing was held in his absence. A CDC 128-B with the signature of two staff witnesses (C/O C. Maxwell and C/O T. Wadsworth) to his refusal was completed.

**District Attorney:** This has not been referred for criminal prosecution.

**Due Process:** The disciplinary was served on the inmate within 15 days of discovery and the hearing was held within 30 days of service. The inmate received his copies of all documents more than 24 hours in advance of the hearing. There are no due process issues.
The behavior of this inmate was evaluated at the time that the Reviewing Supervisor reviewed this disciplinary report. The Reviewing Supervisor concluded that a mental health assessment was not required. The SHO concurs. There is no compelling need for a mental health assessment based upon the circumstances given in this report.

**Staff Assistant:** BLOODSAW was assigned a Staff Assistant as BLOODSAW is illiterate (reading score of 4.0 or less). The assigned SA, Officer R. Mazyck, was present at the hearing and confirmed that she interviewed BLOODSAW more than 24 hours in advance. Officer Mazyck confirmed that she had explained hearing procedures, disciplinary charges, the evidence supporting these charges and the right to request confidentiality.

**Investigative Employee:** BLOODSAW has no apparent interest in an investigation on his behalf. The issues are not complex and available information is sufficient. I.E. assignment is unnecessary.

**Witnesses:** No witnesses were called to this hearing. None were listed on the CDC 115-A as requested by the inmate and the SHO did not require any additional testimony.

**Video/photo evidence:** Videotape/Photo evidence was not an issue for this hearing. While the incident report indicates that photos were taken, the SHO has concluded that these photos have no significant value as evidence.

As BLOODSAW did not attend the hearing, a plea was not entered and he did not present any testimony in his own defense. The hearing was decided based upon the following written evidence: CDC 115 of January 22, 2007.

**Finding:** Guilty of the Div. F (3) offense (CCR 3315 (a)(3)(K)) offense RECURRING FAILURE TO MEET WORK OR PROGRAM EXPECTATIONS WITHIN THE INMATE'S ABILITIES WHEN LESSER DISCIPLINARY METHODS FAILED TO CORRECT THE MISCONDUCT. This offense requires evidence that the inmate had been given instructions on meeting program expectations, it was possible for the inmate to meet these expectations and the inmate has received previous disciplinaries for this same offense or a similar offense. This finding is based upon the following preponderance of evidence:

A. The testimony of Instructor S. Roberts in the disciplinary report of January 22, 2007, wherein Roberts testifies to the following:

     1. On January 22, 2007 at approximately 1230 Hours BLOODSAW refused to attend the mandatory BMU class.

     2. BLOODSAW has received numerous 115's and 128's for refusing to attend the mandatory class.

| SIGNATURE OF WRITER R. K. BELL | TITLE Correctional Lieutenant | DATE NOTICE SIGNED February 23, 2007 |
|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: 3-5-07 | TIME SIGNED: 1830 |

27   28

30

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS
PAGE __2__ OF __2__

| CDC NUMBER P-20045 | INMATE'S NAME BLOODSAW | LOG NUMBER B07-01-0077 | INSTITUTION PBSP | TODAY'S DATE February 23, 2007 |
|---|---|---|---|---|

| ☐SUPPLEMENTAL | ☑CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☑HEARING | ☐I.E .REPORT | ☐OTHER |
|---|---|---|---|---|---|

**Disposition**: Assessed **30** day credit forfeiture for this Div. F offense. With this notice, BLOODSAW is informed that his credit restoration period began January 23, 2007, and this restoration period is a minimum of three months (if within 60 days of scheduled release, the minimum is reduced to one month). If he is found guilty of any administrative or serious CDC-115 issued during this credit restoration period, he forfeits his eligibility for restoration. If he completes this restoration period disciplinary free, he may request a classification review. Classification will make the final determination whether he is eligible for restoration or request an additional period of disciplinary free conduct. With this notice, BLOODSAW is referred to CCR §3084.1 for information on appeal procedures.

**Additional penalties**: NONE

| SIGNATURE OF WRITER R. K. BELL | TITLE Correctional Lieutenant | DATE NOTICE SIGNED February 23, 2007 | |
|---|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: 3-5-07 | TIME SIGNED: 1830 |

28   24
A2   232

STATE OF CALIFORNIA                                                                              DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| P-20045 | BLOODSAW | | EPRD 04-28-2020 | PBSP | B8-209L | B07-02-0022 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS RECURRING FAILURE TO | LOCATION | DATE | TIME |
|---|---|---|---|---|
| 3005(b) | MEET PROGRAM EXPECTATIONS | B8-209L | 02-22-07 | 0930 HOURS |

CIRCUMSTANCES On Thursday, February 22, 2007, at approximately 0930 hours, inmate BLOODSAW, P-20045, B8-209L refused to attend the mandatory BMU class. Inmate BLOODSAW also refused to sign his CDC-128B Refusal Chrono. Inmate BLOODSAW was assigned to the BMU in Committee on September 21, 2006, where the mandatory program was explained in detail. BLOODSAW received CDC-115's on 10-17-06, 10-24-06, 10-26-06, 10-30-06, 11-07-06, 12-29-06, and 01-22-07 for the same offense. BLOODSAW has refused to attend any BMU class. BLOODSAW has also received CDC-128B Refusal Chrono's dated 01-29-07, 02-05-07, 02-15-07, and 02-22-07 for Refusing to Attend the Mandatory BMU Class.

This inmate is not EOP or Crisis Bed. Following current guidelines for mental health assessments, the circumstances of this offense have been carefully evaluated. The Reviewing Supervisor has concluded that a Mental Health Assessment is not required.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| S. ROBERTS, TEACHER | 2-28-07 | BMU TEACHER | S/S/B |

| REVIEWING SUPERVISOR'S SIGNATURE E. OCHOA, SGT | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| E/M. Ochoa Sgt. | 2-28-2007 | DATE | LOC. |

| CLASSIFIED | OFFENSE DIVISION | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE | F (3) | 2/28/2007 | D. KAYS, LT ▶ D. Kays LT. | ☐ HO  ☒ SHO  ☐ SC  ☐ FC |
| ☒ SERIOUS | | | | |

COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | |
|---|---|---|---|---|---|---|
| | ▶ | 3/1/? | 0730 | | DATE | TIME |
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ | | |

| HEARING | | (SEE ATTACHED HEARING SUMMARY) |
|---|---|---|

| REFERRED TO ☐ CLASSIFICATION | ☐ BPT/NAEA | | | | |
|---|---|---|---|---|---|
| ACTION BY: (TYPED NAME) | | SIGNATURE ▶ | | DATE | TIME |
| R.K. BELL, LT | | | | 4/2/? | 1030 |
| REVIEWED BY: (SIGNATURE) ▶ M. FOSS, FACILITY CAPTAIN | DATE 4/1/07 | CHIEF DISCIPLINARY OFFICER'S SIGNATURE ▶ M.A. COOK, A.W. (G.P.) | | DATE | |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | | BY: (STAFF'S SIGNATURE) ▶ | | DATE 4/24/? | TIME 800 |

CDC 115 (7/88)

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S): | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| P-20045 | BLOODSAW | 3005(b) | 02-22-07 | PBSP | B07-02-0022 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT    ☐ YES    ☑ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| ☐ **I DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution. | INMATE'S SIGNATURE ▶ | DATE |
|---|---|---|
| ☐ **I REQUEST** my hearing be postponed pending outcome of referral for prosecution. | INMATE'S SIGNATURE ▶ | DATE |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION | | |
|---|---|---|---|
| ☐ **I REVOKE** my request for postponement. | INMATE'S SIGNATURE ▶ | DATE |

## STAFF ASSISTANT

| STAFF ASSISTANT | INMATE'S SIGNATURE ▶ | DATE 3/1/07 |
|---|---|---|
| ☐ REQUESTED    ☑ WAIVED BY INMATE | | |
| ☑ ASSIGNED    DATE 2-1-07    NAME OF STAFF | | |
| ☐ NOT ASSIGNED    REASON | | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | INMATE'S SIGNATURE ▶ | DATE 3/1/07 |
|---|---|---|
| ☐ REQUESTED    ☑ WAIVED BY INMATE | | |
| ☐ ASSIGNED    DATE    NAME OF STAFF | | |
| ☑ NOT ASSIGNED    REASON | | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE    ☐ STAFF ASSISTANT    ☐ INVESTIGATIVE EMPLOYEE    ☐ OTHER _____    ☑ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE ▶ | DATE |
|---|---|---|

| ☑ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ | TIME | DATE |
|---|---|---|---|

CDC 115-A (7/88)    — *If additional space is required use supplemental pages* —

50
31

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS
PAGE __1__ OF __2__

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| P-20045 | BLOODSAW | B07-02-0022 | PBSP | April 2, 2007 |

☐SUPPLEMENTAL   ☒CONTINUATION OF:   ☐CDC 115 CIRCUMSTANCES   ☒HEARING   ☐I.E. REPORT   ☐OTHER

**Hearing**: On April 2, 2007, at approximately 1030 hours, BLOODSAW was given the opportunity to attend this disciplinary hearing. BLOODSAW declined. When informed by staff that he needed to sign a CDC 128-B confirming that he had refused to attend, BLOODSAW refused to sign. At this institution, force will not be used to coerce attendance at a hearing. For this reason, his refusal to attend was accepted and the hearing was held in his absence. A CDC 128-B with the signature of staff witness (C/O M. Popow) to his refusal was completed.

**District Attorney**: This has not been referred for criminal prosecution.

**Due Process**: The disciplinary was served on the inmate within 15 days of discovery. However, the hearing has not been held within 30 days of service on the inmate. Per CCR 3320 (f)(1), time constraints have been exceeded and credit forfeiture cannot be assessed.

The behavior of this inmate was evaluated at the time that the Reviewing Supervisor reviewed this disciplinary report. The Reviewing Supervisor concluded that a mental health assessment was not required. The SHO concurs. There is no compelling need for a mental health assessment based upon the circumstances given in this report.

**Staff Assistant**: BLOODSAW was assigned a Staff Assistant as BLOODSAW is illiterate (reading score of 4.0 or less). The assigned SA, Officer R. Mills, was present at the hearing and confirmed that he interviewed BLOODSAW more than 24 hours in advance. Officer Mills confirmed that he had explained hearing procedures, disciplinary charges, the evidence supporting these charges and the right to request confidentiality.

**Investigative Employee**: BLOODSAW has no apparent interest in an investigation on his behalf. The issues are not complex and available information is sufficient. I.E. assignment is unnecessary.

**Witnesses**: No witnesses were called to this hearing. None were listed on the CDC 115-A as requested by the inmate and the SHO did not require any additional testimony.

**Video/photo evidence**: Videotape/Photo evidence was not an issue for this hearing.

As BLOODSAW did not attend the hearing, a plea was not entered and he did not present any testimony in his own defense. The hearing was decided based upon the following written evidence: CDC 115 of February 22, 2007.

**Finding**: Guilty of the Div. F (3) offense (CCR 3315 (a)(3)(K)) offense RECURRING FAILURE TO MEET WORK OR PROGRAM EXPECTATIONS WITHIN THE INMATE'S ABILITIES WHEN LESSER DISCIPLINARY METHODS FAILED TO CORRECT THE MISCONDUCT. This offense requires evidence that the inmate had been given instructions on meeting program expectations, it was possible for the inmate to meet these expectations and the inmate has received previous disciplinaries for this same offense or a similar offense. This finding is based upon the following preponderance of evidence:

A. The testimony of Teacher, S. Roberts in the disciplinary report of February 22, 2007, wherein Roberts testifies to the following:
    1.    Inmate BLOODSAW refused to attend the mandatory BMU class.
    2.    BLOODSAW refused to sign a CDC 128 refusal chrono.
    3.    BLOODSAW received numerous CDC 128-B's for refusing to attend class.

| SIGNATURE OF WRITER<br>R. K. BELL | TITLE<br>Correctional Lieutenant | DATE NOTICE SIGNED<br>April 2, 2007 | |
|---|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED:<br>4-2-07 | TIME SIGNED:<br>0800 |

51 34
2

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS
PAGE __2__ OF __2__

| CDC NUMBER<br>P-20045 | INMATE'S NAME<br>BLOODSAW | LOG NUMBER<br>B07-02-0022 | INSTITUTION<br>PBSP | TODAY'S DATE<br>April 2, 2007 |
|---|---|---|---|---|

| ☐SUPPLEMENTAL | ☒CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☒HEARING | ☐I.E .REPORT | ☐OTHER |
|---|---|---|---|---|---|

**Disposition:** No forfeiture was assessed as time constraints were exceeded. Referred to classification for evaluation of SHU assessment. Appeal rights were explained. BLOODSAW was referred to CCR §3084.1 and following for additional information on appeal procedures.

**Additional penalties:** NONE

| SIGNATURE OF WRITER<br>R. K. BELL | TITLE<br>Correctional Lieutenant | DATE NOTICE SIGNED<br>April 2, 2007 | |
|---|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED:<br>4·24·07 | TIME SIGNED:<br>0 800 |

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|
| P-20045 | BLOODSAW | EPRD 04-28-2020 | PBSP | B8-209L | B07-03-0009 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| 3005(b) | RECURRING FAILURE TO MEET PROGRAM EXPECTATIONS | B8-209 | 03-05-07 | 0930 HOURS |

**CIRCUMSTANCES**

On Monday, March 5, 2007, at approximately 0930 hrs., inmate BLOODSAW (P-20045, B8-209L), refused to attend the mandatory BMU class. BLOODSAW refused to sign his CDC 128-B Refusal Chrono. Inmate BLOODSAW was assigned to the BMU in committee on 9-21-06, where the mandatory program was explained in detail. BLOODSAW received CDC 115s dated 10-17-06, 10-24-06, 10-26-06, 10-30-06, 12-29-06, 1-22-07, and 2-22-07 for the same offense. BLOODSAW has also received CDC 128-B Refusal Chronos dated 2-26-07, 3-1-07, and 3-5-07 for refusing to attend the mandatory BMU class.

This inmate is not EOP or Crisis Bed. Following current guidelines for mental health assessments, the circumstances of this offense have been carefully evaluated. The Reviewing Supervisor has concluded that a Mental Health Assessment is not required.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ S. ROBERTS, TEACHER | 3-9-07 | BMU TEACHER | S/S/H |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING |
|---|---|---|
| ▶ A. NAVARRO, SGT | 3/9/07 | DATE ____ LOC. ____ |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE | F | 3-10-07 | ▶ T. WOOD, LT | ☐ HO  ☒ SHO  ☐ SC  ☐ FC |
| ☒ SERIOUS | | | | |

**COPIES GIVEN INMATE BEFORE HEARING**

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
|---|---|---|---|---|
| | ▶ D. ANDRUSS, C/O | 03-11-07 | 0730 | |
| ☐ INCIDENT REPORT LOG NUMBER | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |

| HEARING | (SEE ATTACHED HEARING SUMMARY) |
|---|---|

| REFERRED TO ☐ CLASSIFICATION   ☐ BPT/NAEA | | | |
|---|---|---|---|
| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
| R.K. BELL, LT | ▶ | 4/9/07 | 1030 |
| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
| ▶ M. FOSS, FACILITY CAPTAIN | 4/9/07 | ▶ M.A. COOK, A.W. (G.P.) | |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) ▶ | | DATE | TIME |

CDC 115 (7/88)

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| P-20045 | BLOODSAW | 3005(b) | 03-05-07 | PBSP | B07-03-0009 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT    ☐ YES    ☐ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE ▶ | DATE |
|---|---|---|
| ☐ **I DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution. | | |
| ☐ **I REQUEST** my hearing be postponed pending outcome of referral for prosecution. | INMATE'S SIGNATURE ▶ N/A | DATE |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| | |

| | INMATE'S SIGNATURE ▶ | DATE |
|---|---|---|
| ☐ **I REVOKE** my request for postponement. | | |

## STAFF ASSISTANT

| STAFF ASSISTANT | INMATE'S SIGNATURE ▶ X | DATE 03-11-07 |
|---|---|---|
| ☐ REQUESTED    ☒ WAIVED BY INMATE | | |
| ☒ ASSIGNED    DATE 03-11-07 | NAME OF STAFF   D. ANDRUSS C/O | |
| ☐ NOT ASSIGNED    REASON | | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | INMATE'S SIGNATURE ▶ | DATE 03-11-07 |
|---|---|---|
| ☐ REQUESTED    ☐ WAIVED BY INMATE | | |
| ☐ ASSIGNED    DATE | NAME OF STAFF | |
| ☒ NOT ASSIGNED    REASON   PNMC PER CCR 3315(d)(1) | | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

NONE

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE    ☐ STAFF ASSISTANT    ☐ INVESTIGATIVE EMPLOYEE    ☐ OTHER _____    ☒ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

I/M REFUSED TO SIGN.

| | INVESTIGATOR'S SIGNATURE ▶ | DATE |
|---|---|---|
| ☒ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ D. Andruss   D. ANDRUSS C/O | TIME 0730    DATE 03-11-07 |

4P 31
5

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS
PAGE ___1___ OF ___2___

| CDC NUMBER P-20045 | INMATE'S NAME BLOODSAW | LOG NUMBER B07-03-0009 | INSTITUTION PBSP | TODAY'S DATE April 9, 2007 |
|---|---|---|---|---|

☐SUPPLEMENTAL    ☑CONTINUATION OF:    ☐CDC 115 CIRCUMSTANCES    ☑HEARING    ☐I.E. REPORT    ☐OTHER

**Hearing:** On April 9, 2007, at approximately 1030 hours, BLOODSAW was given the opportunity to attend this disciplinary hearing. BLOODSAW declined. When informed by staff that he needed to sign a CDC 128-B confirming that he had refused to attend, BLOODSAW refused to sign. At this institution, force will not be used to coerce attendance at a hearing. For this reason, his refusal to attend was accepted and the hearing was held in his absence. A CDC 128-B with the signature of staff witness (C/O J. Thom and T. Wadsworth) to his refusal was completed.

**District Attorney:** This has not been referred for criminal prosecution.

**Due Process:** The disciplinary was served on the inmate within 15 days of discovery and the hearing was held within 30 days of service. The inmate received his copies of all documents more than 24 hours in advance of the hearing. There are no due process issues.

The behavior of this inmate was evaluated at the time that the Reviewing Supervisor reviewed this disciplinary report. The Reviewing Supervisor concluded that a mental health assessment was not required. The SHO concurs. There is no compelling need for a mental health assessment based upon the circumstances given in this report.

**Staff Assistant:** BLOODSAW was assigned a Staff Assistant as BLOODSAW is illiterate (reading score of 4.0 or less). The assigned SA, Officer D. Andruss, was present at the hearing and confirmed that he interviewed BLOODSAW more than 24 hours in advance. Officer Andruss confirmed that he had explained hearing procedures, disciplinary charges, the evidence supporting these charges and the right to request confidentiality.

**Investigative Employee:** BLOODSAW has no apparent interest in an investigation on his behalf. The issues are not complex and available information is sufficient. I.E. assignment is unnecessary.

**Witnesses:** No witnesses were called to this hearing. None were listed on the CDC 115-A as requested by the inmate and the SHO did not require any additional testimony.

**Video/photo evidence:** Videotape/Photo evidence was not an issue for this hearing.

As BLOODSAW did not attend the hearing, a plea was not entered and he did not present any testimony in his own defense. The hearing was decided based upon the following written evidence: CDC 115 of March 5, 2007.

**Finding:** Guilty of the Div. F (3) offense (CCR 3315 (a)(3)(K)) offense RECURRING FAILURE TO MEET WORK OR PROGRAM EXPECTATIONS WITHIN THE INMATE'S ABILITIES WHEN LESSER DISCIPLINARY METHODS FAILED TO CORRECT THE MISCONDUCT. This offense requires evidence that the inmate had been given instructions on meeting program expectations, it was possible for the inmate to meet these expectations and the inmate has received previous disciplinaries for this same offense or a similar offense. This finding is based upon the following preponderance of evidence:

A.  The testimony of Teacher, S. Roberts in the disciplinary report of March 5, 2007, wherein Roberts testifies to the following:
1.  Inmate BLOODSAW refused to attend the mandatory BMU class.
2.  BLOODSAW refused to sign a CDC 128 refusal chrono.
3.  BLOODSAW received numerous CDC 128-B's for refusing to attend class.

| SIGNATURE OF WRITER R. K. BELL | TITLE Correctional Lieutenant | DATE NOTICE SIGNED April 9, 2007 | |
|---|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: 4/24/07 | TIME SIGNED: 0802 |

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS
PAGE __2__ OF __2__

| CDC NUMBER P-20045 | INMATE'S NAME BLOODSAW | LOG NUMBER B07-03-0009 | INSTITUTION PBSP | TODAY'S DATE April 9, 2007 |
|---|---|---|---|---|

☐SUPPLEMENTAL  ☒CONTINUATION OF:  ☐CDC 115 CIRCUMSTANCES  ☒HEARING  ☐I.E .REPORT  ☐OTHER

**Disposition**: Assessed **30** day credit forfeiture for this Div. F offense. With this notice, BLOODSAW is informed that his credit restoration period began February 23, 2007 and this restoration period is a minimum of three months (if within 60 days of scheduled release, the minimum is reduced to one month). If he is found guilty of any administrative or serious CDC-115 issued during this credit restoration period, he forfeits his eligibility for restoration. If he completes this restoration period disciplinary free, he may request a classification review. Classification will make the final determination whether he is eligible for restoration or request an additional period of disciplinary free conduct. With this notice, BLOODSAW is referred to CCR §3084.1 for information on appeal procedures.

**Additional penalties**: NONE

| SIGNATURE OF WRITER R. K. BELL | | TITLE Correctional Lieutenant | DATE NOTICE SIGNED April 9, 2007 | |
|---|---|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | | DATE SIGNED: 4-24-07 | TIME SIGNED: 0800 |

EXHIBIT



*1 36*
*37*
State of California

# Memorandum

Date : June 7, 2007

# DA ACCEPTED

To : M. D. Yax
Associate Warden
Central Services

From : Department of Corrections and Rehabilitation
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject : PBSP INCIDENT #PBP-B08-07-04-0144

On April 12, 2007, inmate **BLOODSAW, P-20045,** committed the following violation of the California Penal Code Section:

     **69**        **Resisting or Deterring an Officer**

     **4501.5**    **Battery Upon a Person not a Prisoner**

On May 4, 2007, the case was presented to the Del Norte County District Attorney's Office for possible prosecution.

On May 29, 2007, the Del Norte County District Attorney's Office notified Pelican Bay State Prison that their office issued a complaint charging the above named inmate with the following violation of the Penal Code Section:

     **COUNT I**   **4501.5 Battery Upon a Person not a Prisoner**

     **COUNT II**  **69**     **Resisting or Deterring an Officer**

You will be apprised of the outcome of this case.

T. STEWART
Correctional Sergeant
Court Liaison Office

   cc:   Facility Captain
         Facility S&E
         Records
         Inmate
         CLO File

37. 38.
6.
40

DA# 07040144                          Agency: PBSP                          5/31

                                              SPACE BELOW FOR USE OF COURT CLERK ONLY

DISTRICT ATTORNEY
County of Del Norte
450 H Street #171
Crescent City, California
Phone (707) 464-7210


SUPERIOR COURT OF CALIFORNIA, COUNTY OF DEL NORTE
DEL NORTE JUDICIAL DISTRICT

THE PEOPLE OF THE STATE OF CALIFORNIA |

                          Plaintiffs,                    **COMPLAINT**

        vs.                                      Att: ~~Alberts~~
                                                 Alexander
THEOPRIC BLOODSAW, P-20045                        CourT ~~E 7~~ DATE 6-14-07

                          Defendant.

     The DISTRICT ATTORNEY of the County of Del Norte, State of
California, hereby charges the DEFENDANT with having committed, in the
County of Del Norte, the crime of:


**COUNT 1.**
**BATTERY ON CORRECTIONAL OFFICER**, in violation of **Section 4501.5 of the**
**Penal Code, a felony.**
     On or about April 12, 2007, the Defendant did willfully and
unlawfully being a person confined in a state prison of this state,
commit a battery upon the person of Correctional Officer J. Thom , an
individual who is not himself a person confined therein. (Kicked in Knee)


**COUNT 2.**
**RESISTING EXECUTIVE OFFICER**, in violation of **Section 69 of the Penal**
**Code, a FELONY.**
     On or about April 12, 2007, the Defendant did willfully, unlawfully
and knowingly resist executive officers, to-wit: Correctional Officers
J. Thom and T. Holmes, in the performance of their duty by the use of
force and violence .

                                                          orig.

38
7.39.
+/

**SPECIAL ALLEGATION OF A PRIOR-ANY FELONY, in violation of section 667.5(b) of the Penal Code.**

It is further alleged that Defendant was, on the 17th day of September, 1997, in the Superior Court of the State of California, for the County of Los Angeles, convicted of the crime of Possession of a Controlled Substance, a felony, in violation of section 11350(a) of the Health and Safety Code, case number YA034031, and that he then served a prison term for said offense, and that he did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term within the meaning of Penal Code Section 667.5(b).

**SPECIAL ALLEGATION OF A PRIOR-ANY FELONY, in violation of section 667.5(b) of the Penal Code.**

It is further alleged that Defendant was, on the 4th day of April, 2003, in the Superior Court of the State of California, for the County of Los Angeles, convicted of the crime of Assault on a Peace Officer, a felony, in violation of section 245(c) of the Penal Code, case number YA053506, and that he then served a prison term for said offense, and that he did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term within the meaning of Penal Code Section 667.5(b).

**SPECIAL ALLEGATION, within the meaning of Penal Code sections 1170.12 and 667(b) through 667(i) inclusive.**

It is further alleged that said defendant was convicted on the 4th day of April, 2003, of Criminal Threats, in violation of section 422 of the Penal Code, in Los Angeles County, State of California, within the meaning of Penal Code sections 1170.12 and 667(b) to 667(i) inclusive.

I so swear, under penalty of perjury, on May 25, 2007, at Crescent City, California, that the foregoing is true and correct on information and belief.

Katherine Micks,   DEPUTY DISTRICT ATTORNEY

39
8.
40    42

1    MICHAEL D. RIESE
     DISTRICT ATTORNEY
2    Courthouse · 450 H Street
     Crescent City, CA  95531
3    Telephone: (707) 464-7210

FILED
Cm
MAY 3 0 2007
SUPERIOR COURT OF CALIFORNIA
COUNTY OF DEL NORTE

4              SUPERIOR COURT, OF CALIFORNIA

5                  COUNTY OF DEL NORTE

6

7    PEOPLE OF THE STATE OF CALIFORNIA,        CASE NUMBER:
                     Plaintiff,                CRPB07-5089

8         vs.                                  ORDER FOR TRANSPORT
                                               VIDEO
9    THEOPRIC BLOODSAW, P-20045                COURT DATE: May 31, 2007
10                   Defendant.                TIME: 8:00 a.m.

11   TO THE WARDEN OF PELICAN BAY STATE PRISON:

12       IT IS HEREBY ORDERED that Theopric Bloodsaw, P-20045, be produced in the Superior
13   court for prosecution or examination for an offense triable in the Superior court, and that Pelican Bay
     State Prison is to transport said person to the Video Arraignment Room located at Pelican Bay State
14   Prison, on May 31, 2007 at 8:00 a.m., for arraignment or other proceedings.

15   IT IF FURTHER ORDERED that said inmate continue to be transported for appearances at the Del
     Norte County courthouse, Crescent City, Calif. until the conclusion of his case.

16   DATED:_____ MAY 3 0 2007            _____
                                          JUDGE OF THE SUPERIOR COURT
17                                        WILLIAM H FOLLETT

18

19

20



40
41·43

## DEPUTY DAILY WORKSHEET    11/28/02 0111

STATION: LNX

UNIT: 31A    SHIFT: D  DATE: 11/08/02    0600 - 1400    CLASS: 2    TYPE: P
  # 470671 SATO BRADLEY J                         O/T:        O/T PA:
  # 260296 HOODYE SEAN C                          O/T:
VEH: SD2337    MILES: ( 39824 -> 39845 ) :  21    MOBILE: 15793
SPEC EQP: SG 9 TAZER 4

PORTABLES: 18472                    18473

ARRESTS /FEL-MA:      FA:      MJ:      FJ:    CITS/HZ:      NHZ:      PKG:
        /MSD-MA:      FA:      MJ:      FJ:

PATROL AREA/TIME: 06/252

TIME-SHIFT: 480    TT:9    HDL:209    WRT:0    PTL:252    UNALLOC:10    RPTS:

INCIDENT ASSIGNMENTS:

| TAG# | CODE | DISP | ACK | ENRT | 10/97 | 10/98 | RD# | A | S | P | TT | HDL | WRT | URN |
|------|------|------|-----|------|-------|-------|-----|---|---|---|----|-----|-----|-----|
| 0037 | 924B | 0543 |     | 0600? | 0600? | 0700? | 0370 |   | O | R |    | 60 |     |     |

LOC: VEH PREP/BRIEF
CLR: 754  STATION SERVICE: Briefing

| 0056 | 931 | 0715 | 0718 | 0745 | 0745 | 0747 | 0371 |   | C | P |   | 2 |   |   |

LOC: 1358 97TH ST,LA
CLR: 772  Assist CHP
NARR: CHP ON SCENE CODE 4

| 0067 | 927H | 0817 | 0817 | 0821 | 0823 | 0831 | 0373 | 9 |   | P | 2 | 8 |   |   |

LOC: 10910 WILTON PL,LA
CLR: 212  DISORDERLY CONDUCT: Disturbing The Peace/Court Disturbances
NARR: CONT WANDA FB/A RE: 927H ...NO 927H C-4..

| 0068 | 902R | 0849 | 0849 | 0849 | 0856 | 0915? | 0373 | 9 | E |   | 7 | 19 |   |   |

LOC: 2041 CULLIVAN ST,LA
CLR: 212  DISORDERLY CONDUCT: Disturbing The Peace/Court Disturbances
NARR: CONT VERCIL FB/A RE: JAMES MARTIN NOT BREATHING. STA 14 ARRVD @TREATED JAMES PRNCD DEAD
    AT 0833HRS JAMES SUFFRED FRM CHRONIC EMPHASYMA.

| 0126 | 925 | 1157 |   | 1150? | 1200? | 1400? | 0372 |   | O | R |   | 120 |   |   |

LOC: CENTURYBL/LA SALLE AV,LA
CLR: 283  WARRANTS: Felony, In County
NARR: CONT THEO MB/A WAS COMBATIVE AGAINST US.CENTURY @ LASALLE STA 814 ARRVD TREATED THEO WE
    WENT TO CENTINELA HOSP FOR INJURIES...

CERTIFIED A TRUE AND CORRECT COPY
OF ORIGINAL MAINTAINED WITHIN FILES
OF THE LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT - LENNOX STATION 11/28/02

TITLE - NAME        EMPLOYEE NUMBER

*14#*
*2*

Unit: 31A          Shift: 2       Shift Date: 11/08/02
/0542* LOGON () ,X,,31A,D,110802,Y,2,0600,1400,470671,,,260296,,,39824,,SD2337,SG 9 TAZER
4,15793,18472,18473,,,,,,,,,,,,,,, <000>
/0542* MDTON (470671) MDT01639 <000>
/0543* ** ASSIGN/D (470671) LNX02312-0037 R/924B VEH PREP/BRIEF <000>
/0543* 10/97 (470671) LNX02312-0037 <000>
/0711* 10/98 (470671) LNX02312-0037 <000>
/0711* CLEAR (470671) ,LNX02312-
0037,,754,,,,,,,,,,0370,,0600,0600,0700,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0715  ** ASSIGN/D (475469) LNX02312-0056 R/931 1358 97TH ST,LA
/0718* ACK (470671) LNX02312-0056 <000>
/0745* ENR (470671) LNX02312-0056 <000>
/0745* 10/97 (470671) LNX02312-0056 <000>
/0747* 10/98 (470671) LNX02312-0056 <000>
/0748* CLEAR (470671) ,LNX02312-0056,,772,,,,,,CHP ON SCENE CODE
4,,,,0371,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0759* INQ (470671) VEH,2EPW323,CA,,,,,,,,, <000>
/0759* INQ (470671) VEH,2EPW323,CA,,,,,,,,, <000>
/0800* INQ (470671) WANT9,,CA,HAVEN,DENNIS,,,,,,,M,B,,,,,042371,,,,,,,,,,, <000>
/0800  HIT () IW S 470671 MDT0 ,CA0190099 ,HAVEN DENNIS  , M B  ,000 000 042371 000 CA ,
00000000 00000000 ,H 001 F 000 M 001 O 000 00 ,  N HAVEN DENNIS VANBURE  ,M B 122371 600
240 BLK BRO ,LAM4 090502 $1174 ,1611 N SCHAR ST HOLLYWOOD CA  ,617471219420 RSTR A3887553
CA ,W M 40508A/VC M ,4000A1X/VC I * ,4RWL898 CA  ,  ,
/0802  ACK (297076) HIT
/0813* INQ (470671) WANT9,,CA,BERRY,MARCUS,ANTJUAN,,,,,,M,B,,,,,033181,,,,,,,,,,, <000>
/0813  HIT () MKE/WANTED PERSON NAM/BERRY,RANDELL LARRY SEX/M RAC/B DOB/19820331 WGT/150
EYE/BRO HAI/BLK OLN/B600730488254 OLS/MI  OFF/DANGEROUS DRUGS
/0813  ACK (195863) HIT
/0815  INQ (195863) VEH,,31A,,,,,,CA,,1FALP45XXTF145561,,,,,,,,,,,X
/0815  ACK (195863) RESP
/0816  ACK (195863) RESP
/0817  ** ASSIGN/B (475469) LNX02312-0067 P/927H 10910 WILTON PL,LA
/0817* ACK (470671) LNX02312-0067 <000>
/0821* ENR (470671) LNX02312-0067 <000>
/0823* 10/97 (470671) LNX02312-0067 <000>
/0831* 10/98 (470671) LNX02312-0067 <000>
/0842* INQ (470671) VEH,,CA,,,,,1FMZU32EXWZA29284,,,,X <000>
/0849  ** ASSIST/B (475469) LNX02312-0068 E/902R 2041 CULLIVAN ST,LA
/0849  CHGHDL (475469) LNX02312-0068,31D/D->31A/D
/0849  ACK (409547) LNX02312-0068
/0849* ENR (470671) LNX02312-0068 <000>
/0856* 10/97 (470671) LNX02312-0068 <000>
/0923* INQ (470671) VEH,2HMB760,CA,,,,,,,,, <000>
/0927* INQ (470671) WANT9,,CA,BLOGSHAW,FLOYD,LEE,,,,,,M,B,,,,,062458,,,,,,,,,,, <000>
/0928* INQ (470671) WANT9,,CA,BLOODSHAW,FLOYD,LEE,,,,,,M,B,,,,,062458,,,,,,,,,,, <000>
/0929  HIT () MKE/WANTED PERSON - CAUTION NAM/BLOODSHAW,THEOPRIC KENT SEX/M RAC/B POB/LA
DOB/19570624 WGT/150 EYE/BRO HAI/BLK FBI/496721PA9 OFF/PAROLE VIOLATION - SEE MIS
/0929  ACK (277125) HIT
/1024* INQ (470671) WANT9,,CA,BLOODSHAW,THEOPRIC,,,,,,M,B,,,,,062457,,,,,,,,,,, <000>
/1024  HIT () IW S 470671 MDT0 ,CA0190099 ,BLOODSHAW THEOPRIC , M B ,000 000 062457
000 CA , 00000000 00000000 ,H 001 F 000 M 001 O 000 00 ,  N BLEDSOE WILLIAM T JR  ,M X

42
43   45

Report Date: 11/28/02                   UNIT HISTORY REPORT                   Page 2 of 2
                                              LENNOX

Unit: 31A          Shift: 2       Shift Date: 11/08/02
010454 511 195 BRO BRO ,COM4 082602 $277 ,2358 R 21ST ST SGH CA  ,SD10539619800 RSTR
B0306426 CA ,W M B537/PC M ,640B1/PC M  ,PED CA  ,  ,
/1024  HIT () SEARCH REVEALS: HIT MADE ON NAM/BLOODSHAW,THEOPRIC KENT ** ARMED AND
DANGEROUS **  **ARMED AND DANGEROUS** FELONY WARRANT 5011 PAROLE VIOL
NAM/BLOODSHAW,THEOPRIC KENT 19570624 M B 506 150 BLK BRO POB/LA BAIL/NO BAIL
FCN/7040224901563  NIC/W883192088 ENTERED/CALIF-NCIC  CII/A08953256  FBI/496721PA9
                            IMMEDIATELY CONFIRM WITH CA034005G DEPT OF CORR-
ID/WARRANTS MNE/CRN0    TELEPHONE 916 445-6713    CHECKING NCIC   INQUIRY MADE TO
RESTRAINING ORDER SYSTEM
/1024  HIT () HIT MADE ON NAM/BLOODSHAW,THEOPRIC K HIT # 001 DO NOT ARREST OR DETAIN BASED
   SOLELY ON THIS RESPONSE CDC PAROLE RECORD NAM/BLOODSHAW,THEOPRIC K 19580624 M B 506 150
BRO BLK   OLN/N9672705 HOME CITY/LOS ANGELES PRIMARY OFFENSE/H11350A DISCHARGE
DATE/99999999 AGENCY/CA DEPT OF CORRECTIONS MISC/PRIOR TO RELEASE, CONTACT AGEN T OR ID
WARRANTS AT (916)445-6713 P OSSIBLY AT LARGE MAY BE ADDITIONAL INFO FROM DOJ VCIN AT 916
227-4736 NUMBER OF PRIOR CONTACT MSGS/ 0 SEND CONTACT MESSAGE IDENTIFYING CO
/1024  HIT () MKE/WANTED PERSON - CAUTION NAM/BLOODSHAW,THEOPRIC KENT SEX/M RAC/B POB/LA
DOB/19570624 WGT/150 EYE/BRO HAI/BLK FBI/496721PA9 OFF/PAROLE VIOLATION - SEE MIS
/1025  ACK (277125) HIT
/1025  ACK (277125) HIT
/1025  ACK (277125) HIT
/1025  ACK (277125) HIT
/1156* URN REQUEST (470671) X,4,0399,053,CR,S,BLOODSHAW,THEOPRIC,KENT,,M,B,,, <000>
/1157  URN () 402-11595-0399-053
/1157* ** ASSIGN/D (470671) LNX02312-0126 R/925 CENTURYBL/LA SALLE AV,LA <000>
/1157* HOLD (470671) LNX02312-0068 <000>
/1157* 10/97 (470671) LNX02312-0126 <000>
/1157* 10/15 (470671) <000>
/1433* 10/98 (470671) LNX02312-0068 <000>
/1433* CLEAR (470671) ,LNX02312-0068,,212,,,,,CONT VERCIL FB/A RE: JAMES M,ARTIN NOT
BREATHING. STA 14 ARRV,D @TREATED JAMES PRNCD DEAD AT 0,833HRS JAMES SUFFRED FRM
CHRONIC,EMPHASYMA.,0373,,,,0915,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1435* CLEAR (470671) ,LNX02312-0067,,212,,,,,CONT WANDA FB/A RE: 927H ...,NO 927H C-
4.,,,,0373,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1440* 10/98 (470671) LNX02312-0126 <000>
/1440* CLEAR (470671) ,LNX02312-0126,,283,,,,,CONT THEO MB/A WAS COMBATIVE,AGAINST
US.CENTURY @ LASALLE ST,A 814 ARRVD TREATED THEO WE WENT,TO CENTINELA HOSP FOR
INJURIES.,...,0372,00,,1150,1200,1400,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1442* CHGENDMILES (470671) 000000 -> 39845 <000>
/1442* CHGPATROL (470671) /000 -> 06/252 <000>
/1442* LOGOFF (470671) <000>
/1442* MDTOFF (470671) <000>

*Discovery 2*

| Case No. | Code/Statute | Conv. Date | County of Court | State | Court Type |
|----------|-------------|------------|-----------------|-------|------------|
| BA004642 | PC 459 | 12/27/1989 | LOS ANGELES | CA | SUPERIOR |

It is further alleged as to count(s) 1 and 2 that said defendant(s), THEOPRIC KENT BLOODSAW, was on and about the 27TH day of DECEMBER, 1989, in the SUPERIOR Court of the State of CALIFORNIA, for the County of LOS ANGELES, convicted of a serious felony, to wit: 1ST DEGREE BURGLARY, in violation of section 459 of the PENAL Code, case BA004642 within the meaning of Penal Code Section 667(a)(1).

It is further alleged as to count(s) 1, 2, and 3 pursuant to Penal Code section 667.5(b) that the defendant(s), THEOPRIC KENT BLOODSAW, has suffered the following prior conviction(s):

| Case No. | Code/Statute | Conv. Date | County of Court | State | Court Type |
|----------|-------------|------------|-----------------|-------|------------|
| BA004642 | PC 459 | 12/27/1989 | LOS ANGELES | CA | SUPERIOR |
| YA034031 | H&S 11350 | 10/07/1997 | LOS ANGELES | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant(s) did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

\* \* \* \* \*



I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER YA053506, CONSISTS OF 3 COUNT(S).


Executed at INGLEWOOD, County of Los Angeles, on November 13, 2002.


_____

DECLARANT AND COMPLAINANT


...........................................................................................................................................

STEVE COOLEY, DISTRICT ATTORNEY

BY: _____
VICTORIA L. ADAMS, DEPUTY


AGENCY: LASD - LENNOX PATROL        I/O: MARK DET. RENFROW        ID NO.: 274578    PHONE : 310-671-7531

DR NO.: 402-11595-0399-053        OPERATOR: DCS        PRELIM. TIME EST.:  2 HOUR(S)


| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| BLOODSAW, THEOPRIC KENT | 008953256 | 6/24/1957 | 7475221 | $220,000 | 11/13/2002 |


Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

46
48

**FELONY COMPLAINT – ORDER HOLDING TO ANSWER – P.C. SECTION 872**

It appearing to me from the evidence presented that the following offense(s) has/have been committed and that there is sufficient cause to believe that the following defendant(s) guilty thereof, to wit:

*(Strike out or add as applicable)*

<u>THEOPRIC KENT BLOODSAW</u>

| Count No. | Charge | Charge Range | Special Allegation | Alleg. Effect |
|---|---|---|---|---|
| 1 | PC 245(c) | 3-4-5 | | |
| 2 | PC 243(c)(2) | 16-2-3 | | |
| 3 | PC 422 | 16-2-3 | | |
| | | | PC 1170.12(a)-(d) | MSP Check Code |
| | | | PC 667(a)(1) | +5 yrs per prior |
| | | | PC 667.5(b) | +1 yr. per prior |

I order that the defendant(s) be held to answer therefor and be admitted to bail in the sum of:

THEOPRIC KENT BLOODSAW          _____ Dollars

and be committed to the custody of the Sheriff of Los Angeles County until such bail is given. Date of arraignment in Superior Court will be:

THEOPRIC KENT BLOODSAW          _____ in Dept _____

at: _____ A.M.

Date: _____          _____
                              *Committing Magistrate*

46
49

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>               Plaintiff,<br><br>       v.<br><br>01 THEOPRIC KENT BLOODSAW (6/24/1957) (Bk# 7475221),<br>    aka JONATHON BLEDSOE,<br>    aka KENT THEOPRIC,<br>    aka LARRY BOWMAN,<br>    aka MARK BLOODSAW,<br>    aka THEO BLOODSAW,<br>    aka THEOPRIC BLOODSHAW,<br>    aka THEOPRIC BLOODSOE<br><br>                  Defendant(s). | CASE NO. YA053506<br><br><br>*I N F O R M A T I O N*<br><br>Arraignment Hearing<br>Date: 12/18/2002<br>Department: SW G |

## INFORMATION
## SUMMARY

| Ct. No. | Charge | Charge Range | Defendant | Special Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| 1 | PC 245(c) | 3-4-5 | BLOODSAW, THEOPRIC KENT | PC 1170.12(a)-(d)<br>PC 667(a)(1)<br>PC 667.5(b) | MSP Check Code<br>+5 yrs per prior<br>+1 yr. per prior |
| 2 | PC 243(c)(2) | 16-2-3 | BLOODSAW, THEOPRIC KENT | PC 1170.12(a)-(d)<br>PC 667(a)(1)<br>PC 667.5(b) | MSP Check Code<br>+5 yrs per prior<br>+1 yr. per prior |
| 3 | PC 422 | 16-2-3 | BLOODSAW, THEOPRIC KENT | PC 1170.12(a)-(d)<br>PC 667.5(b) | MSP Check Code<br>+1 yr. per prior |

The District Attorney of the County of Los Angeles, by this Information alleges that:

47  50
8 .

## COUNT 1

On or about November 8, 2002, in the County of Los Angeles, the crime of ASSAULT UPON PEACE OFFICER OR FIREFIGHTER, in violation of PENAL CODE SECTION 245(c), a Felony, was committed by THEOPRIC KENT BLOODSAW, who did willfully and unlawfully commit an assault with a deadly weapon and instrument and by force likely to produce great bodily injury upon the person of DEP. SEAN HOODYE when said defendant(s), THEOPRIC KENT BLOODSAW knew and should have known that said person was a peace officer then and there engaged in the performance of his/her duties .
"NOTICE:  The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."
"NOTICE:  Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296.  Willful refusal to provide the specimens and samples is a crime."

\* \* \* \* \*

## COUNT 2

On or about November 8, 2002, in the County of Los Angeles, the crime of BATTERY WITH INJURY ON A PEACE OFFICER, in violation of PENAL CODE SECTION 243(c)(2), a Felony, was committed by THEOPRIC KENT BLOODSAW, who did unlawfully use force and violence and inflict an injury upon the person of DEP. BRAD SATO when said defendant(s), THEOPRIC KENT BLOODSAW knew and reasonably should have known that said person was a peace officer then and there engaged in the performance of duty.
"NOTICE:  Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296.  Willful refusal to provide the specimens and samples is a crime."

\* \* \* \* \*

49
50  52

| Case No. | Code/Statute | Conv. Date | County of Court | State | Court Type |
|----------|--------------|------------|-----------------|-------|------------|
| BA004642 | PC 459 | 12/27/1989 | LOS ANGELES | CA | SUPERIOR |
| YA034031 | H&S 11350 | 10/07/1997 | LOS ANGELES | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant(s) did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

\* \* \* \*

THIS INFORMATION CONSISTS OF 3 COUNT(S).

STEVE COOLEY
DISTRICT ATTORNEY
County of Los Angeles,
State of California

BY: _____
LAURIE BLAUSTEIN
DEPUTY DISTRICT ATTORNEY          Filed in Superior Court,
                                  County of Los Angeles

/DCS                              DATED: _____

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

3 6̶0̶
1̶5̶1̶ 51

LEGAL STATUS SUMMARY  TYPE-  D    PSP · · · ** DISCREPANT **03/23/2005 21:40

| CDC NUMBER<br>P20045 | NAME<br>BLOODSAW,THEOPRIC,KENT | ETHNIC<br>BLA | BIRTHDATE<br>06/24/1958 |
|---|---|---|---|

| TERM STARTS<br>06/11/2003 | MAX REL DATE<br>11/27/2023 | MIN REL DATE<br>11/24/2019 | MAX ADJ REL DT<br>11/27/2023 CK | MIN ADJ REL DT<br>11/24/2019 CK |
|---|---|---|---|---|

BASE TERM 10/00 + ENHCMNTS  11/04 = TOT TERM  21/04     | PAROLE PERIOD
                                                          3 YRS

PRE-PRISON + POST SENTENCE CREDITS
CASE     P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019  P2931 POST-SENT  TOT

YA053506    185                              92              28    305

REGISTRATION REQUIRED PER H11590
PC296 DNA COMPLETED

| RECV DT/ COUNTY/<br>CNT | OFF-CODE | CASE<br>DESCRIPTION | SENTENCE DATE | CREDIT<br>CODE | OFFENSE<br>DATE |
|---|---|---|---|---|---|

CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

--CONTROLLING CASE --
6/11/2003  LA    YA053506      5/13/2003   NO STRIKES: 2
                 01 P667.5(B) PPT-NV                        3
                 01 P667(A)    01 PFC SERIOUS               3
  01 P245(C)   ADW ON PO OR FIREMAN                         3    11/08/2002
                (U)WPN
  02 P243(C)(2) BATT ON PO                          CS      3    11/08/2002
                (U)WPN
  03 P422      TERRORIST THREAT                     CS      3    11/08/2002
  04 P203      MAYHEM                               CS      3    11/08/2002
                ATT
  05 P203      MAYHEM                               CS      3    11/08/2002
                ATT

NON-CONTROLLING OFFENSES:
11/24/1998  LA    YA034031      11/16/1998
  01 H11350A   POSS CONTROL/SUB                             1    08/15/1997
                PR

| TRAN<br>TYPE | DATE | END DATE | LOG NUMBER | RULE<br>NUMBER | D A Y S | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | ASSESS | LOST | REST | DEAD |

BEG 11/24/1998        ******BEG BAL*******
ADD 06/11/2003        YA053506
BCL 10/23/2003        IV3100472 3062(H)         30    30
ADD 06/11/2003        YA053506
   CURRENT PC BALANCE:      0        CURRENT BC BALANCE:   1464

****** CONTINUED ******

LEGAL STATUS SUMMARY --CONTINUATION--    PAGE    2

------------------------------------------------------------------------

| CDC NUMBER | NAME |
|------------|------|
| P20045 | BLOODSAW, THEOPRIC, KENT |

------------------------------------------------------------------------

------------------------------------------------------------------------

55✶
158 53
129



JOHN A. CLARKE
EXECUTIVE OFFICER / CLERK

222 NORTH HILL STREET
LOS ANGELES, CA 90012-3014

# Superior Court of California
## County of Los Angeles

November 29, 2004

CASE NUMBER: YA053506          CASE NAME: _____

We are returning your check in the amount of $ _____ for the reason checked below:

☐ Remittance insufficient. A total of $ _____ is needed to process your order.

☐ Check unsigned.

☐ Check is not acceptable. Please return NEW CHECK, MONEY ORDER or CERTIFIED CHECK. If outside of the United States, amount must be remitted in United States currency. Please make check payable to the LOS ANGELES SUPERIOR COURT.

☐ Information given to us is not sufficient. Information needed: FULL NAME OF PARTY INVOLVED, APPROXIMATE YEAR ACTION WAS FILED AND THE CASE NUMBER IF AVAILABLE.

☐ As of this date, there is no record of the interlocutory, Judgment and /or Final Judgment.

☐ Document that you have requested has not been filed as of this date and office policy does not permit us to hold your check any longer.

☐ We are unable to ascertain just what documents you need from the information given.

☐ The fee for copies is 0.57 cents per page (Section 26854 Government Code).

☐ The fee for Certification of Divorce Judgment is $11.00 per document.

☐ The fee for Certification is $6.60 per document, in addition to any other fees. Exemplification fee $20.00 in addition to any other fees.

☐ The fee for Case Number Search is $5.00 per name per case (Section 26854 Government Code).

☐ In the future, we will not honor requests for information unless they are accompany by a STAMPED, SELF ADDRESSED ENVELOPE for your reply.

☐ The fee for examining a file or microfilm record and making a written report is $7.00 for the first hour or fraction thereof, and $5.00 each subsequent hour (Section 131.1 @Admin. Code. Los Angeles County.

☐ The fee for a Clerk's Certificate is $6.00 in addition to any other fee. (Section 131.1 Admin. Code, Los Angeles County.

☒ Other:  FOR COPIES MAIL REQUEST TO TORRANCE COURTHOUSE 825 MAPLE AVENUE TORRANCE, CA. 90503  ROOM-100

JOHN A. CLARKE
Executive officer/clerk of the Los Angeles Superior Court
County of Los Angeles

BY: _____ DEPUTY
                    N. SNEDECOR

53
56
54
27
50

CHASER Civil Docket Report for 5:00cv20505

CHASER Pre Extracted Civil Docket as of February 27, 2003 9:25 pm
TERMED TRANSF

# U.S. District Court

| * Parties * | * Attorneys * |
|---|---|
| U.S. District for the Northern D<br>CIVIL DOCKET FOR C | strict of California (San Jose)<br>SE #: 00-CV-20505 |
| Bloodsaw v. Woodford Filed: 04/24/00<br>Assigned to: Judge Jeremy Fogel<br>Demand: $0,000 Nature of Suit: 530<br>Lead Docket: None Jurisdiction: Federal Question<br>Dkt# in other court: None | |
| Cause: 28:2254 Petition for Writ | of Habeas Corpus (State) |
| THEOPRIC KENT BLOODSAW<br>Plaintiff | Theopric Kent Bloodsaw<br>[COR LD NTC] [PRO SE]<br>Booking No. 7475221<br>BKS No. F1,7000 Dorm C-7196<br>441 Bauchet Street<br>Los Angeles, CA 90012 |
| v. | |
| J.S. WOODFORD, Warden<br>defendant | |

## Docket Proceedings

| Date | Doc # | Docket Entry |
|---|---|---|
| 04/24/00 | 1 | PETITION FOR WRIT OF HABEAS CORPUS (no process) Fee status ifpp entered on 4/24/00 () ; [3:00-cv-01398] (ga) [Entry date 04/28/00] |
| 04/24/00 | 1 | IN FORMA PAUPERIS AFFIDAVIT by Plaintiff Theopric Kent Bloodsaw for leave to proceed in forma pauperis [3:00-cv-01398] (ga) [Entry date 04/28/00] |
| 05/02/00 | 2 | DECLINATION to proceed before magistrate by Plaintiff Theopric Kent Bloodsaw [3:00-cv-01398] (ga) [Entry date 05/04/00] |
| 05/03/00 | 3 | ORDER by Mag. Judge Maria-Elena James of impending reassignment to a United States District Judge () (cc: all counsel) [3:00-cv-01398] (ga) [Entry date 05/05/00] |
| 05/10/00 | 4 | ORDER by Assignment Committee Case reassigned to Judge Jeremy Fogel referred to Judge Jeremy Fogel the affidavit motion for leave to proceed in forma pauperis [1-1] () (cc: all counsel) [3:00-cv-01398] (ga) |
| | | |

CHASER Civil Docket Report for 5:00cv20505

| | | |
|---|---|---|
| 05/18/00 | 5 | ORDER by Judge Jeremy Fogel to transfer case to Dist of: Central District of California ; appeal filing ddl 6/26/00 ( Date Entered: 5/25/00) (cc: all counsel) [5:00-cv-20505] (gm) [Entry date 05/25/00] |
| 06/09/00 | 6 | RECEIPT from Central District of California [5:00-cv-20505] (gm) [Entry date 06/13/00] |
| 06/20/00 | 7 | LETTER from Theopric Kent Bloodsaw [5:00-cv-20505] (gm) [Entry date 06/22/00] |
| 02/27/03 | 8 | LETTER from Theopric Kent Bloodsaw [5:00-cv-20505] (gm) |

[END OF DOCKET: 5:00cv20505]

*58*

HABEAS, CLOSED, TRANSF

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:04-cv-00752-JF
### Internal Use Only

Bloodsaw v. Woodford et al
Assigned to: Hon. Jeremy Fogel
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/23/04
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil
Rights
Jurisdiction: Federal Question

**Plaintiff**

Theopric K. Bloodsaw

represented by   **Theopric K. Bloodsaw**
P20045
D4-CELL 106r
California State - LAC
44750 60th St. West
Lancaster, CA 93536-7619
PRO SE

V.

**Defendant**

J. S. Woodford

N. Grannis

56.    59

| Filing Date | # | Docket Text |
|---|---|---|
| 02/23/2004 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ IFP?) Filed by Theopric K. Bloodsaw. (lrd, COURT STAFF) (Filed on 2/23/2004) (Entered: 02/27/2004) |
| 02/23/2004 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Theopric Bloodsaw. (gm, COURT STAFF) (Filed on 2/23/2004) (Entered: 03/02/2004) |
| 02/23/2004 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (gm, COURT STAFF) (Filed on 2/23/2004) (Entered: 03/02/2004) |
| 03/04/2004 | 4 | ORDER TRANSFERRING CASE to Central District of California. Signed by Judge Jeremy Fogel on 3/4/2004. (gm, COURT STAFF) (Filed on 3/4/2004) (Entered: 03/05/2004) |

57  60
58

Filed

MAR - 4 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

4

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THEOPRIC K. BLOODSAW,                   )        No. C 04-0752 JF (PR)
                    Plaintiff,          )        ORDER OF TRANSFER
        vs.                             )
J.S. WOODFORD, et al.,                  )
                    Defendants.         )
_____   )        (Doc # 2)

This is a civil rights case brought pro se by a state prisoner. Plaintiff is currently incarcerated at California State Prison - Los Angeles County located in Lancaster, California. Plaintiff claims he is incarcerated illegally by the California Department of Corrections. Plaintiff was convicted in Los Angeles County in 1997. The Court construes Plaintiff's complaint as a petition for a writ of habeas corpus, challenging the legality of his conviction and sentence. Therefore, the instant case will be transferred to the Central District of California, the location of Plaintiff's conviction and his confinement. This case is therefore TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

1   In view of the transfer, the Court will not rule on Plaintiff pending motion for leave to

2   proceed in forma pauperis (doc # 2).  The Clerk shall terminate all pending motions and

3   transfer the entire file to the Central District of California.

4           IT IS SO ORDERED.

5   DATED: _____            _____

6                                      JEREMY FOGEL
                                       United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

59.   62
60

1    This is to certify that on ___3-4-04_____, a copy of this ruling
2    was mailed to the following:

3    Theopric K. Bloodsaw
     P-20045
4    CSP - Los Angeles
     44570 60th
5    Street West
     Lancaster, CA  93536-7619
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj-jf\cr-04\Bloodsaw752trans (PS-1)          3

EXHIBIT

D

California State Prison Corcoran

## RADIOLOGY REPORT

NAME: BLOODSAW, Theopric          NUMBER: E-40947          DATE: 12/17/92

DOCTOR: Hoffman                   HOUSING: 4B


SKULL SERIES, C-SPINE.

HISTORY: Blow to head 1977. Dizziness daily since.

SKULL SERIES.

I see no fracture, sinuses clear.

IMPRESSION: Unremarkable skull series.

CERVICAL SPINE.

Films continue to show loss of normal cervical lordosis. There is narrowing of the C-5/6 disc with some straightening of curvature at this level, no change since previous, no fractures or destructive processes seen.

IMPRESSION: Abnormal C-5/6 interspace. No other significant findings identified.


_____
       Mario Deguchi, M.D./Jay Grauman, M.D.

Dictated: 12/22/92 ls/JG
Original: Medical Chart
     cc: X-Ray Jacket

64
285  62

## California State Prison Corcoran
## RADIOLOGY REPORT

NAME: BLOODSAW, Theopric _____    NUMBER: E-40947 _____    DATE: 10/20/92 _____

DOCTOR: Brown _____    HOUSING: 4B _____

CERVICAL SPINE FILM SERIES WITH OBLIQUES.

Radiographic examination of the cervical spine was obtained. There is either a superimposed position artifact or non-displaced fracture at the ~~lateral~~ left lateral corner of C-1. It is visible on the frontal projection. Further evaluation by obtaining follow-up radiographic examination may be of value. Otherwise there is no evidence of acute fracture or dislocation. Vertebral body statures are well maintained. Narrowing of C-5/C-6 intervertebral disc space with osteophytes is appreciated. This is consistent with degenerative disc disease. Neural canal are patent. Prevertebral soft tissue structures appear unremarkable. Mild reversal of cervical curvature is noted. This may be secondary to positioning or muscle spasms.

IMPRESSION: (1) Reversal of cervical curvature. (2) Degenerative disc disease. (3) Fractures verses superimposed position artifact of C-1 as described. Follow up Lateral + open mouth View Rx.

_____
Mario Deguchi, M.D./Jay Grauman, M.D.

Dictated: 10/22/92 ls/MD
Original: Medical Chart
    cc: X-Ray Jacket

**X-RAY REPORT**



DEPARTMENT OF CORRECTIONS
CORRECTIONAL TRAINING FACILITY

NAME:                    CDC #:        CELL:      DOB:        DATE:
BLOODSAW, THEOPRIC       P-20045       D4/025U    06/24/58    02/26/99

EXAM REQUESTED:
PA AND LATERAL CHEST

CLINICAL DATA:
OLD GSW, LEFT THORAX

REFERRING PHYSICIAN:
D. GINES, M.D.


RADIOGRAPHIC REPORT:

CHEST:  PA AND LATERAL VIEWS OF THE CHEST ARE OBTAINED ON 02/26/99.

MULTIPLE METALLIC FRAGMENTS ARE NOTED OVERLYING AND WITHIN THE UPPER LEFT
HEMITHORAX, CONSISTENT WITH A PREVIOUS GUNSHOT INJURY.  BOTH LUNGS ARE
WELL EXPANDED AND CLEAR.  THERE IS NO EVIDENCE OF ANY ACTIVE PULMONARY
PATHOLOGY.  THE HEART IS NORMAL IN SIZE AND CONTOUR.  THERE IS NO
MEDIASTINAL ADENOPATHY.

IMPRESSION:

THERE IS EVIDENCE OF A PREVIOUS OLD GUNSHOT INJURY INVOLVING THE LEFT
UPPER HEMITHORAX.  NO ACTIVE CARDIOPULMONARY PATHOLOGY IS SEEN.  THERE
ARE NO PREVIOUS FILMS AVAILABLE FOR COMPARISON.


03/02/99              NELSON PARKER, M.D.                    NHP/gj
DATE READ                 RADIOLOGIST        DATE TYPED:  04/07/99







# X-RAY REPORT

## DEPARTMENT OF CORRECTIONS
## PELICAN BAY STATE PRISON
## HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC  NO. P20045  RM:  A4-226  DOB: 06/25/58   DATE: 07/23/04

EXAM REQUESTED:            CERVICAL SPINE

REQUESTING M.D.:           J. LAZORE, F.N.P.

CLINICAL DATA:             HISTORY OF PAIN.

RADIOGRAPHIC REPORT:       CERVICAL SPINE

FINDINGS:                  There is mild a reversal of the normal cervical lordosis.

Moderate degenerative disc disease is noted at the C5-6 and C6-C7 levels manifest by disc space narrowing and marginal osteophyte formation.

IMPRESSION:                **MODERATE DEGENERATIVE DISC DISEASE AT C5-6 AND C6-C7.**

ORIGINAL

CURTIS COHEN, M.D.

DLK

 

# X-RAY REPORT

## DEPARTMENT OF CORRECTIONS
## PELICAN BAY STATE PRISON
## HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC  NO. P20045  RM: A2-125  DOB: 6/25/58  DATE: 02/22/05

EXAM REQUESTED:               CERVICAL SPINE

REQUESTING M.D.:              J. LAZORE, F.N.P.

CLINICAL DATA:               NO HISTORY GIVEN

RADIOGRAPHIC REPORT:          CERVICAL SPINE

FINDINGS:                     Comparison to a previous study dated 7/23/04.

On the current study the soft tissues are unremarkable.

There is a mild reversal of the cervical lordosis centered at C5-6. There is mild anterior subluxation of C4 with respect to C5 which was not present on the previous study.

Degenerative discs at C5-6 and C6-7 again noted and show little change compared to the previous study.

IMPRESSION:                   1.    REDEMONSTRATION OF DEGENERATIVE DISC DISEASE AT C5-6 AND C6-7 WHICH APPEAR STABLE.
                              2.    THERE IS MILD ANTERIOR SUBLUXATION OF C4 WITH RESPECT TO C5 OF APPROXIMATELY 2 MM WHICH WAS NOT SPECIFICALLY PRESENT ON THE FILMS OF 7/23/04.

ON THE OBLIQUE VIEWS POSTERIOR OSTEOPHYTES PARTIALLY ENCROACH ON THE INTERVERTEBRAL FORAMINA AT THE C5-6 LEVEL BILATERALLY.

CURTIS COULAM, M.D.

BGR




## X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC  NO. P20045  RM: A2-125  DOB: 6/25/58  DATE: 02/22/05

EXAM REQUESTED:              3 VIEW LUMBAR SPINE

REQUESTING M.D.:            J. LAZORE, F.N.P.

CLINICAL DATA:              NO HISTORY GIVEN

RADIOGRAPHIC REPORT:        3 VIEW LUMBAR SPINE

FINDINGS:                The lumbar vertebra are normally aligned and the disc spaces are well maintained. No compression fractures are evident. There are no arthritic changes.

**IMPRESSION:**              **NORMAL LUMBAR SPINE.**


EXAM REQUESTED:              LEFT HIP

REQUESTING M.D.:            J. LAZORE, F.N.P.

CLINICAL DATA:              NO HISTORY GIVEN

RADIOGRAPHIC REPORT:        LEFT HIP

FINDINGS:                4-5 tiny metallic fragments are noted in the soft tissues lateral to the hip joint. These all appear to be extra articular.

The femoral head is normally developed and normally located in the acetabulum. The joint space is well preserved. No significant arthritic changes are evident.

IMPRESSION:              TINY METALLIC FOREIGN BODIES IN THE SOFT TISSUES LATERAL TO THE HIP. THE HIP, PER SE IS UNREMARKABLE.

CURTIS COULAM, M.D.

02/22/05                                                              BGR

*069*
*289*

NAME: BLOODSAW, THEOPRIC   NO. P20045  RM: A2-125  DOB: 06/25/58  DATE: 03/14/05

EXAM REQUESTED:              SINUS SERIES

REQUESTING M.D.:             J. LAZORE, F.N.P.

CLINICAL DATA:               HISTORY OF MAXILLARY PAIN

RADIOGRAPHIC REPORT:         SINUS SERIES

FINDINGS:                    The paranasal sinuses are all normally developed and normally
aerated. There is no evidence of acute or chronic sinus disease.

**IMPRESSION:**              **NORMAL SINUS SERIES.**

8 67 76
283

NAME __Bloodsaw_____    NUMBER __E40947__    AGE __32__    DATE __12/17/90__

X-RAY REQUESTED _____Left hip_____    PHYSICIAN __A. C. Pedley, M.D.__

REPORT:

   The left hip is negative for evidence of acute fracture or dislocation.
   There are several bullet fragments overlying the soft tissues lateral to
   the left hip joint space and suggested slight increased narrowing of the
   left hip joint space medially.

RJB: ck
d:  12/18/90
t:  12/18/90

                                          AS
                              _____
                              ROBERT J. BEMRICK, M.D.
                              RADIOLOGIST

                    S.C.C. X-RAY REPORT

## NOTE: SEND CO. OF PHYSICIAN'S ORDER R MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

### Plan

Plan Dt/Tm: 09-18-2007 1257                Provider: MALO-CLINES, FNP, CHERYL

AR and etd=cont with flunisolide and add vistaril.  DC allerchlor.
NF for flunisolide sent. He did do best on nasonex, but that is NF. Hopefully
we an improve symptoms with combination of vistaril and flunisolide.
Discussed with psych and they are agreeable to vistaril.
He repeatedly insisted that he have a cane. This has been a focus of many
visits and appears he wants to renew that focus. Advised pt that he does not
qualify for a cane. He states the ibu relieves his back pain, but he does not
take it daily. He has set ideas on when and what he will do.
GI-doing well on lactulose and omperazole. WIll cont.
Communication with pt is difficult.
RTC one mo for eval of meds

### Medications

| Start Dt/Tm | Medication | Strength | Rte | Freq | Duration | Provider |
|---|---|---|---|---|---|---|
| 09-18-2007 1142 | HYDROXYZINE HCL 25 MG TABLET | 25 MG | PO | BID | 30 | MALO-CLINES, FNP, CHERYL |
| 09-18-2007 1429 | HYDROCORTISONE 1% CREAM | 1 CREAM | TP | QD | 90 | MALO-CLINES, FNP, CHERYL |
| 09-18-2007 1429 | NYSTATIN/TRIAMCINOLONE CRM | 1 CREAM | TP | BID | 30 | MALO-CLINES, FNP, CHERYL |

### Treatments

| Start Dt/Tm | CPT | Treatment | Freq | Anatomical Location | Provider |
|---|---|---|---|---|---|
| 09-18-2007 1306 | 99999 | RTC ONE MO | NA | | MALO-CLINES, FNP, CHERYL |

### Vitals

| Vital Dt/Tm | Temp (F) | Pulse | Respiration | BP | Provider |
|---|---|---|---|---|---|
| 09-18-2007 1104 | 99.1 | 88 | 18 | 110/80 | PENKIAN, RN, STELLA |

### Noted

Noted Dt/Tm:  09-18-2007 2056                Noted By: SNYDER, LPT, RITA

Confidential client information
See  W & I Code, Sections 4514 and 5328

### PHYSICIAN'S ORDERS

CDC #: P20045

Name(L,F,M,S): BLOODSAW, THEOPRIC



## NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

### Plan

Plan Dt/Tm: 08-14-2007 1439                   Provider: MALO-CLINES, FNP, CHERYL

Meds renewed.
Pt does not want naprosyn, prefers ibu.
Changed.
See cc note please

### Medications

| Start Dt/Tm | Medication | Strength | Rte | Freq | Duration | Provider |
|---|---|---|---|---|---|---|
| 08-14-2007 0925 | IBUPROFEN 600 MG TABLET | 600 MG | PO | QDPRN | 90 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0926 | ALLER-CHLOR 4 MG TABLET | 4 MG | PO | BIDPRN | 90 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0928 | HYDROCORTISONE 1% CREAM | 1 CREAM | TP | BIDPRN | 30 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0930 | DEEP SEA 0.65% NOSE SPRAY | 1 SPRAY | NS | BIDPRN | 90 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0930 | LACTULOSE 10GM/15ML SOLN | 30 ML | PO | QD | 90 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0931 | OMEPRAZOLE 20 MG CAPSULE DR | 20 MG | PO | QD | 90 | MALO-CLINES, FNP, CHERYL |

### Tests

| Order Dt/Tm | Test/Instructions | Ordered By |
|---|---|---|
| 08-14-2007 0932 | GUAIAC SCREENING | MALO-CLINES, FNP, CHERYL |

### Vitals

| Vital Dt/Tm | Temp (F) | Pulse | Respiration | BP | Provider |
|---|---|---|---|---|---|
| 08-14-2007 0920 | 97.5 | 89 | 18 | 118/70 | FLOWERS, RN, ANNE |

### Noted

Noted Dt/Tm: 08-14-2007 1455                   Noted By: FLOWERS, RN, ANNE

---

Confidential client information
See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

CDC #: P20045
Name(L,F,M,S): BLOODSAW, THEOPRIC

Visit Start Dt/Tm: 12-19-2007 0743   Encounter Type: SICK CALL                 Visit Reason: 7362 NURSING EVALUATION

## Subjective

Entry Dt/Tm: 12-19-2007 0744        Entered By: MPIMSSYN , NAKAMURA, RN
Updated Dt/Tm: 12-19-2007 0801      Updated By: MPIMSSYN , NAKAMURA, RN

... my ............ Fuck ........ .... ... ....... Fuck you bitch. Get away from my cell. You write it all down. (Started to write his words on paper.) "One more of those are on the way. I notified you three weeks ago that I did not want to see that ..... What do you mean I cannot pick and choose? Fuck you bitch." Kiss my mother fucking black ass. Tell that bitch that I am a real mother fucker. I will get my mother fucking medication. Everything is on that. Can you read and write mother fucker? Can you read and write. I told that bitch that I'm refusing. Suck my dick. Suck my dick. Can you see it in my head?

## Objective

### Other

Name: Physical assessment and cellfront interview.

Provider: NAKAMURA, RN , STEVE                    Other Dt/Tm: 12-19-2007 0752

Notes: Alert and oriented. Patient refused his PCP line yesterday. Today, patient turned in a medical sickcall slip that stted. "Emergency 3350.2. Off site health care treatment. I need professional medical attention for lower back, neck, head, left hip, muscle spasms, pains and abnormal bowel movements. 3354.2. Inmate copayment etc." When informed that he had refused yesterday, patient began to speak in a threatening manner with his finger pointed at me. See Subjective note. Patient would not answer any questions regarding the sick call slip.

---

**PHYSICIAN'S PROGRESS NOTES**

CDC #: P20045

Name(L,F,M,S): BLOODSAW, THEOPRIC

CDC 7230
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

## Subjective

Entry Dt/Tm: 12-05-2007 1204    Entered By: MPIMSSYN , NAKAMURA, RN

Updated Dt/Tm: 12-05-2007 1219    Updated By: MPIMSSYN , NAKAMURA, RN

"I have a black ass and I'm proud of it." Repeated over and over. Would not
answer any of my questions about the sickcall slip. Saying something about
"Bitch" and motherfucker. Again. "I have a black ass and I'm proud of it."
"Get away from the cell, Motherfucker!" "I'm going after that Bitch in court."
(A reference to NP Malo-Clines.) Repeated the word Bitch many times. Had a
few words that said, fuck you.

## Objective

### Other

Name: Physical assessment and cellfront interview

Provider: NAKAMURA, RN , STEVE    Other Dt/Tm: 12-05-2007 1215

Notes: Alert and oriented. Refused vitals and physical exam. Yesterday, Inmate
Bloopdsaw called me a mother fucker numerous times and refused the medication
prescribed by NP Malo-Cline. This morning patient threw the Benadryl and
Doxycycline into the trash can. When asked if he would come to the clinic tobe
examined, patient did not answer any questions and made many statements that
were derogatory. Sickcall slip states, "I urgently need medical attention for
muscle spasms, sever pain in my neck, lower back, left hip. I need proper pain
medication and head cold. I am refusing and avoiding contact with Malo-Clines,
M>D> unprofessional skills.

---

## PHYSICIAN'S PROGRESS NOTES

CDC 7230
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

CDC #: P20045

Name(L,F,M,S):  BLOODSAW, THEOPRIC

*7S  7£*
*73.  75*

**Assessment**

## Medical Diagnosis

**Code:** 724.5          **Description:** BACK DISORDER
**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** MALO-CLINES, FNP, CHERYL
**Diagnosis Dt/Tm:** 08-14-2007 0925          **Resolve Dt/Tm:** 11-30-2007 1129          **Priority:**
**Notes:**


**Code:** 9991          **Description:** EARS, NOSE, & THROAT DISEASE
**Axis:**          **GAF:**          **Status:** CURRENT          **Provider:** MALO-CLINES, FNP, CHERYL
**Diagnosis Dt/Tm:** 08-16-2007 1516          **Resolve Dt/Tm:** 00-00-0000 0000          **Priority:**
**Notes:**


**Code:** 959          **Description:** INJURY / TRAUMA
**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** MALO-CLINES, FNP, CHERYL
**Diagnosis Dt/Tm:** 04-13-2007 1524          **Resolve Dt/Tm:** 11-30-2007 1129          **Priority:**
**Notes:**


**Code:** V70.3          **Description:** NORMAL EXAM
**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** MALO-CLINES, FNP, CHERYL
**Diagnosis Dt/Tm:** 08-16-2007 1245          **Resolve Dt/Tm:** 11-30-2007 1128          **Priority:**
**Notes:**


**Code:** 9992          **Description:** NURSING DIAGNOSIS
**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** JOHNSON, RN, ERICKA
**Diagnosis Dt/Tm:** 09-26-2006 1320          **Resolve Dt/Tm:** 12-05-2007 1220          **Priority:**
**Notes:**


| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** P20045 |
|---|---|
| | **Name(L,F,M,S):** BLOODSAW, THEOPRIC |

CDC 7230
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

*79  73  76*
*100.  74*

# Assessment

## Medical Diagnosis

Code: 9992        Description: NURSING DIAGNOSIS
Axis:        GAF:        Status: COMPLETE    Provider: KEYS, MTA, JAMES
Diagnosis Dt/Tm: 04-12-2007 2020    Resolve Dt/Tm: 11-30-2007 1129    Priority:
Notes:


Code: 9992        Description: NURSING DIAGNOSIS
Axis:        GAF:        Status: CURRENT    Provider: NAKAMURA, RN, STEVE
Diagnosis Dt/Tm: 12-05-2007 1220    Resolve Dt/Tm: 00-00-0000 0000    Priority:
Notes:


Code: 733.90        Description: ORTHOPEDIC DISORDER
Axis:        GAF:        Status: COMPLETE    Provider: WILLIAMS, MD, CLAIRE
Diagnosis Dt/Tm: 10-09-2007 0949    Resolve Dt/Tm: 11-30-2007 1128    Priority:
Notes:    left hip pain


Code: 733.90        Description: ORTHOPEDIC DISORDER
Axis:        GAF:        Status: CURRENT    Provider: WILLIAMS, MD, CLAIRE
Diagnosis Dt/Tm: 10-16-2007 0908    Resolve Dt/Tm: 00-00-0000 0000    Priority:
Notes:    back pain


Code: 593        Description: RENAL / UROLOGICAL DISORDER
Axis:        GAF:        Status: CURRENT    Provider: MALO-CLINES, FNP, CHERYL
Diagnosis Dt/Tm: 11-30-2007 1437    Resolve Dt/Tm: 00-00-0000 0000    Priority:
Notes:


| **PHYSICIAN'S PROGRESS NOTES** | CDC #: P20045 |
| | Name(L,F,M,S):  BLOODSAW, THEOPRIC |

CDC 7230
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

## Assessment

### Medical Diagnosis

Code: 999999        Description: NECK PAIN
Axis:        GAF:        Status: COMPLETE        Provider: MARINO, MD, RICK
Diagnosis Dt/Tm: 01-18-2006 1033        Resolve Dt/Tm: 08-18-2006 1824        Priority:
Notes:


Code: 999999        Description: TINEA CORPORIS
Axis:        GAF:        Status: COMPLETE        Provider: SWINEY, MD, JENNIFER
Diagnosis Dt/Tm: 03-21-2006 0815        Resolve Dt/Tm: 08-18-2006 1824        Priority:
Notes:


Code: 999999        Description: ALT BLOOD SUGARS PER LAB
Axis:        GAF:        Status: COMPLETE        Provider: ELLIOTT, RN, CATHERINE
Diagnosis Dt/Tm: 03-29-2006 1538        Resolve Dt/Tm: 08-18-2006 1824        Priority:
Notes:


Code: 999999        Description: NURSING DIAGNOSIS
Axis:        GAF:        Status: COMPLETE        Provider: RASMUSSEN, RN, MARGARET
Diagnosis Dt/Tm: 07-20-2006 1306        Resolve Dt/Tm: 08-11-2006 1605        Priority:
Notes:


Code: 999999        Description: AXIAL SKELETAL
Axis:        GAF:        Status: COMPLETE        Provider: MALO-CLINES, FNP, CHERYL
Diagnosis Dt/Tm: 08-11-2006 1604        Resolve Dt/Tm: 11-30-2007 1128        Priority:
Notes:


| PHYSICIAN'S PROGRESS NOTES | CDC #: P20045 |
| | Name(L,F,M,S): BLOODSAW, THEOPRIC |

CDC 7230
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

*102  76*
   *78*

## Assessment

### Medical Diagnosis

Code: 999999       Description: ENT

Axis:        GAF:        Status: COMPLETE        Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm:  08-11-2006 1605        Resolve Dt/Tm: 08-29-2006 1640        Priority:

Notes:


Code: 999999       Description: GI

Axis:        GAF:        Status: COMPLETE        Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm:  08-31-2006 1506        Resolve Dt/Tm: 11-30-2007 1129        Priority:

Notes:


## Plan

Provider: NAKAMURA, RN , STEVE        Plan Dt/Tm: 12-05-2007 1223        Completed By:

Completed Dt/Tm:        Patient Education:  N        Phone Order Status: NONE

        Entry Dt/Tm: 12-05-2007 1220        Entered By: MPIMSSYN, NAKAMURA, RN

A:  Ineffective management of therapeutic regimen rt refusal of treatment and
vulgar language.

Will write a 115 if patient continues to be abusive.  Will place on PCP line
for his muscle spasms and headcold written on the sickcall slip.


## Order


|  | CDC #: P20045 |
| --- | --- |
| **PHYSICIAN'S PROGRESS NOTES** | Name(L,F,M,S):  BLOODSAW, THEOPRIC |

CDC 7230
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

Visit Start Dt/Tm: 11-30-2007 0830    Encounter ...e: SICK CALL    Visit ...son: 7362 PCP EVALUATION

## Subjective

Entry Dt/Tm: 11-30-2007 1129    Entered By: MPIMSCLMC , MALO-CLINES, FNP
Updated Dt/Tm: 11-30-2007 1432    Updated By: MPIMSCLMC , MALO-CLINES, FNP

Pt states he gets pain in his left hip, low back and neck at times. He also wants to know why we are doing things to him that we would not do to ourselves, such as the barium enema he had to do. He wants medicine for head cold and states the allerchlor does not work. He states he is concerned because he used to be healthy and young, now he has to take lactulose just to go to the bathroom. He also mentions that he is not urinating as he used to. He states he is up twice at night, having some dribbling at end of stream, urgency, then has a hard time starting stream. Denies odor, no discoloration

## Objective

### Vitals

Vitals Dt/Tm: 11-30-2007 1107    Temp (°F): 98.4    Pulse: 72    Respiration: 18

Blood Pressure: 120/70    Wgt: 152    Hgt: ' "    Provider: TIMME, SR RN , DAVID

Notes:

### Other

Name: pe

Provider: MALO-CLINES, FNP , CHERYL    Other Dt/Tm: 11-30-2007 1432

Notes: a/o x3, somehwat rambling speech today abt  people doing things to him that he does not want done. Sclera and conjunc clear. Nares are erythematous, moderate amt clear mucus, PP erythematous.  Neck is supple, neg nodes. HRR CTA. no r/r/w. Abd is soft, nt, hypoactive bs. No suprapubic tenderness. DRE shows enlarged prostate, smooth, sulcus palpated. Quite tender, esp laft lateral lobe. No peripheral edema.

---

## PHYSICIAN'S PROGRESS NOTES

CDC 7230
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

CDC #: P20045

Name(L,F,M,S):  BLOODSAW, THEOPRIC

## Assessment

### Medical Diagnosis

Code: 999999          Description: ENT

Axis:          GAF:          Status: COMPLETE          Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 08-11-2006 1605          Resolve Dt/Tm: 08-29-2006 1640          Priority:

Notes:


Code: 999999          Description: GI

Axis:          GAF:          Status: COMPLETE          Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 08-31-2006 1506          Resolve Dt/Tm: 11-30-2007 1129          Priority:

Notes:


## Plan

Provider: MALO-CLINES, FNP , CHERYL          Plan Dt/Tm: 11-30-2007 1456          Completed By:

Completed Dt/Tm:          Patient Education: N          Phone Order Status: NONE

          Entry Dt/Tm: 11-30-2007 1438          Entered By: MPIMSCLMC, MALO-CLINES, FNP

```
GI-pt is concerned abt use of medications. He cont to refuse the colonoscopy.
He agrees to keep using the lactulose and omprazole. But he is not pleased.
GU-pt may have prostatitis, r/o bph. Will request UA, treat for one mo, then
evaluate.He does agree to have labs drawn.
He is requesting some meds for pain again. Previous dc ibu as he stated it was
not working. Will rx tylenol for prn use.
RTC one mo, eval prostate.
```

| PHYSICIAN'S PROGRESS NOTES | CDC #: P20045 |
| --- | --- |
| | Name(L,F,M,S): BLOODSAW, THEOPRIC |

CDC 7230
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

++ #105 79

78    81

Visit Start Dt/Tm: 10-30-2007 0719    Encounter ~e: SICK CALL    Visit ~son: 7362 NURSING EVALUATION

## Subjective

Entry Dt/Tm: 10-30-2007 0720    Entered By: MPIMSSYN , NAKAMURA, RN

Updated Dt/Tm: 10-30-2007 0728    Updated By: MPIMSSYN , NAKAMURA, RN

You are not a doctor.  You are not a doctor.  That sickcall from yesterday was about my sinuses and chestpain.  The other two were thrown away by the MTA. That motherfucker(a reference to C/O Sulenger) demanded that I stand up for count.  I demanded to see the doctor.  Its in my files.  Repeated over and over.  I'm playing for money.  I have a disability.  I am taking this to the top.  It is going to Washington DC.  I'm playing for money.

## Objective

### Other

**Name:** Physical assessment and cellfront interview.

**Provider:** NAKAMURA, RN , STEVE                    Other Dt/Tm: 10-30-2007 0724

**Notes:** Alert and oriented.  Using very vulgar language.  Refused to talk to me about his muscle spasms and dizziness.  Repeated over and over that it was in his files.  Claiming that he is playing for big money because he has a disability.

---

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

CDC #: P20045
Name(L,F,M,S):  BLOODSAW, THEOPRIC

Page 1 of 5

106    80
Visit Start Dt/Tm: 05-07-2007 0930     Encounter ⁻ e: SICK CALL                    Visit F  on: 7362 PCP EVALUATION

79    82
## Subjective

Entry Dt/Tm: 05-07-2007 1216          Entered By: MPIMSBJ , JAIN, MD
Updated Dt/Tm: 05-07-2007 1331       Updated By: MPIMSBJ , JAIN, MD

inmate is here for multiple issues he has been followed under cc for GERD and
constipation. he is running out all meds and wants to renew those, inmate has
been taking prilosec for GERD seen on recent upper GI. prilosec has been
controlling symptoms.
inmate also has hx of constipation x 10 yrs and has been on lactulose and
docusate . states only lactulose helps him . he recently had barium enema done
but study was not optimal due to poor preparation.
he also wants to get allergy meds renewed he has been using CTM and nasonex but
also has been c/o nose bleed on and off.
inmate was also in altercation about 2-3 wks ago states since than neck back
and LT hip has worsen. inmate already had preexisting problems with these.
denies any dizziness or neurological symptoms.

## Objective

### Other

Name: exam

Provider: JAIN, MD , BHAWNA                          Other Dt/Tm: 05-07-2007 1331

Notes: inmate sitting comfortably no distress. has dec hearing.
    HEENT- nt nc, neck stable, FROM no dizziness on neck movement
    nose- no bleeding point, mild swelling of mucosa.
    cvs s1 s2 wnl
    lung clear
    abdomen soft nontender BS +
    ext no edema
    back- no tenderness, FROM, SLR wnl
    hip FROM
    neuro aaox3 no motor or sensory deficit.

---

## PHYSICIAN'S PROGRESS NOTES

CDC #: P20045

Name(L,F,M,S):  BLOODSAW, THEOPRIC

CDC 7230

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

NAME: BLOODSAW        CDC#: P20045    HOUSE: A2-118    DATE: 6-22-05    PBSP 128-C

☒  On the above date, this inmate appeared at Institutional/Unit Classification Committee (ICC/UCC) for the purpose of ___Initial___. He was interviewed by the undersigned Mental Health Clinician, and the inmate's Central File was reviewed.

☐  The inmate refused to appear at ICC/UCC.

**BEHAVIORAL OBSERVATIONS:**
Grooming was in / appropriate;    Speech was un / intelligible;    Comprehension process was in / adequate;
Other: ___argumentitive state___

**MENTAL HEALTH SERVICES RECOMMENDATIONS:**
☐  No treatment needed at this time.

☐  Evaluations for: ___Screen MH___

☐  Initial Therapy to address: ___

☐  Other services to include: ___

☐  Current Health Record review reveals no evidence of change in mental health needs since the previous Security Housing Unit Mental Health Screening chrono dated: ___. REVIEWED BY: ___

cc:    C-File
       Health Records
       CC-II

                                    D. Roy LCSW
                                    _____
                                    Clinician

NAME: BLOODSAW        CDC#: P20045    HOUSE: A2-118    DATE: 6-22-05    PBSP 128-C

JCC.DOC

---

Information utilized for completion of this chrono was obtained from the unit health record and previous clearance completed on ___:

1. ☐  Meets criteria for inclusion in the Mental Health Services Delivery System (MHSDS). Circle appropriate level of care:    **CCCMS/EOP/MHCB/DMH**

2. ☐  **Has additional Pelican Bay State Prison-SHU exclusionary criteria:** Delusional disorder; Schizophreniform disorder; Schizoaffective disorder; Brief psychotic disorder; Substance induced psychotic disorder (excluding intoxication and withdrawal); Psychotic disorder not otherwise specified; Major Depressive disorder; Bipolar Disorder I or II; any mental disorder which includes inmate being actively suicidal; any mental illness characterized by breaks with reality or perceptions of reality leading to significant functional impairment; Organic Brain Syndrome consistent with signficant functional impairment; severe personality disorder manifested by frequent episodes of psychosis or depression and resulting in significant functional impairment; mental retardation.

* 3. ☒  Does not meet criteria for inclusion in the Mental Health Services Delivery System (MHSDS) and does not have additional exclusionary criteria (see #2 above) that would prohibit PBSP-SHU placement.

                                    A. TAGLIAFERRI, Ph.D.
Date: 3/1/04    Institution: PBSP    Clinician: _____
*The present assesment is based upon information from the CDC Reception Center Screening Instrument.

cc:    C-File
       CCII
       Health Record

SHU90CHR.DOC

Chronological Interdisciplinary Progres Notes State of California. Department of Corrections -Pelican Bay State Prison

Date: 12-11-2007 Time: 1000 Chart available? YES Reason for visit? MH CM REFERRAL BY ME Location of Visit: MH ASU

S: Entry By: PASCOE, PSY.D, JACK          Entry Dt/Tm: 12-11-2007 1109

I/M scheduled for mh eval subsequent to routine referral from FNP Clines for inappropriatee behaviors (yelling at Rn's and PT's, refusing some meds for medical condition from selected medical personnel) and being verbally assaultive (calling nurses black mother fucking bitches). I/M refused to leave cell for 1:1 interview with mh clinician. At cell front, he angrily and aggressively stated he had no interest in mh care.

A review of UHR re past mh interventions revealed a similar pattern of behavior (verbally asaultive to staff, inappropriate outbursts, racial accusations) along with angry refusals to talk to mh staff upon referral. In this regard, a Progress Note dated 02/27/07 indicated the I/M was rude to the clinician as he refused to leave his cell for an interview. Another note dated 05/21/07 indicated the I/M had been referred by custody for pressured speech, verbal abuse and irrational behavior and upon contact by a mh clinician again refused refused mh intervention. Another note dated 09/17/07 stated that the I/M made angry abusive statements re not wanting any mh assistance to the mh clinician after being contacted subsequent to a referral from a LPT.

In addition, the record revealed that over the past decade or so, despite the I/M's non-participation in treatment, that along with a nasty disposition, he has been variously assessed as possibly suffering from either a psychotic or schizophrenic or mood disorder. In this regard, however, various clinicians have noted that his overall daily functioning (hygiene, taking food, compliance with medical tx, etc.) was judged to be adequate and not indicative of the necessity to institute proceedings to establish non-voluntary compliance with mh tx.

Both custody and medical staff were consulted today re I/M's current functioning. Their reports mirror what has been documented previously as noted above. That is, the I/M is highly contentious and verbally abusive to staff in an unreasonable manner. However, his overall functioning is at a level that does not support an assessment that he is gravely disabled or DTS or DTO. That is, he does not significantly disrupt the general custody/ASU program, takes his meals, keeps himself and his cell clean and is mostly compliant (although in a decidedly unpleasant way) with his medical treatment.

Curent Clinical Impression: I/M consistently displays a nasty, verbally aggressive disposition which may be driven, at least in part, by an underlying mental illness composed of persecutory delusions and/or a schizophrenic process. However, such a clinical determination/diagnosis has not been possible to establish to date. Accordingly, there is insufficient data to support a finding that the I/M is GD, DTS or DTO. Given his apparent capacity and ability to function at an adequate level in terms of his general daily program and his steadfast refusal to voluntarily accept mh tx, there is not a sufficient clinical basis for placing him in the MHSDS at this time.

☒ SEE PAGE 2

Signature:                    Print Name:                    Phd / LCSW / MD / PsyTech/ Other:

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) Confidentail Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: BLOODSAW CDC#: P20045 | First Name: THEOPRIC HOUSE: ADSE-01L | MI: |

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: All Staff, Clinicians, Treatment Teams

## MH3 ASU PROGRESS AND MINUTES - IDTT PROGRESS AND MINUTES NOTES

Assign Primary: J. Moulton Ph.D.    Date of Arrival: 00-00-0000 0000    Purpose: DISCUSSION

IDTT Members:

MANDEL, PHD, DAVID M. PHDC; MOULTON III, PHD, JOHN L. PHD; JACKINSKY, PSYNP, TIMOTHY E. ; DAVIS, DSW, BRENDA C. LCSW; ROY, DSW, DAVID J. LCSW; TOMAR, PSYME, DIANE MD

**CURRENT DIAGNOSIS:**

AXIS I:

AXIS II:

AXIS III:

AXIX IV:

AXIS V:

GAF:          LOC:

**CURRENT PROBLEMS:**

Mr. Bloodsaw is rather hostile and verbally abusive. Custody and medical staff are aware of his behaviors. The record was reviewed; a history of various psychotic disorder diaganoses are noted. However, Mr. Bloodsaw is rejecting all efforts at intervention at the present time, and since he is taking adequate care of himself and does not appear to present any risk of harm to himself or others, he does not meet criteria for initiation of a Keyhea order. He was presented in IDTT today so that all staff could be informed about his case.

**CURRENT TREATMENT PLAN:**

N/A

**ANTICIPATED LENGTH OF STAY:** N/A

**NEXT REVIEW DATE:**

**ADDITIONAL COMMENTS:**

IDTT held today, Wednesday, September 19, 2007. The inmate was not present; CC I M. Becker attended the meeting. Other attendees: H. Parsley, LPT; Officer Eggen.

MOULTON III, PHD, JOHN

SIGNATURE

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES  MH3 [4/6/00] | LEVEL OF CARE  INPATIENT | Last Name:  BLOODSAW  CDC#:P20045 | First Name:  THEOPRIC  HOUSE: A02U202L |
|---|---|---|---|
| Confidential Client/Patient Information | | DOB: 06-25-1958 | |

109 83 83
110 · 84

76

**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964-0001
Telephone: (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Brittany Glidden
Penny Godbold
Megan Hagler
Alison Hardy
Millard Murphy
Sara Norman
Keith Wattley

June 2, 2005

Theopric Bloodsaw, P-20045
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dear Mr. Bloodsaw,

I write regarding correspondence we received from you on May 13. I was glad to find out that you got your hearing aids and batteries. From the response to your appeal, log number 04-02445, it seems that they are working well for you and that you are able to hear better as a result. Is that correct?

However, you disagree with Dr. Tansi's medical determination that you are not mobility impaired. Unfortunately, since Dr. Tansi has made a medical determination that you do not have a mobility impairment, there is not much I can do to help you to get your disability verified. As we are not doctors ourselves, it is very difficult to contest CDC's medical determinations without outside medical expertise to counter it.

Likewise, we will not be able to help you remain on single-cell status under Armstrong or challenge your 115. Please refer to the information I sent you in my last letter that described how you can challenge a disciplinary violation.

I have made a copy of your 1824 for our files and three copies of your 1824 for you to keep. I am returning all your documents to you.

Please take care.

Sincerely,

*Heather Isaacs*

Heather Isaacs
Legal Assistant
Under the supervision of Sara Norman
Enclosed: 3 copies of 1824, original documents

Board of Directors
Marshall Krause, President • Michele WalkinHawk, Vice President
Honorable John Burton • Penelope Cooper • Felecia Gaston • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

1/10 85
84
7



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Brittany Glidden
Penny Godbold
Megan Hagler
Alison Hardy
Millard Murphy
Sara Norman
Keith Wattley

July 1, 2005

Theopric Bloodsaw, P-20045
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dear Mr. Bloodsaw,

I write regarding letters our office received from you on May 16 and June 14.

As I wrote in my last letter to you, we will not be able to advocate for you to get mobility impairment accommodations if medical staff have determined that you do not have a mobility impairment. I understand that you believe your medical records show that you do have this type of disability. However, we cannot challenge the medical determination of CDC physicians.

I hope you will continue getting your hearing aid batteries as you need. Please let us know if any problems arise getting your batteries.

Finally, I am sending copies of the documents you requested and am returning the originals to you. For your information, if you need copies for legal work that you are doing, the law library should make those copies for you. We will not be able to do this for you any more.

Best of luck.

Sincerely,

Heather Isaacs
Legal Assistant
Under the supervision of Sara Norman
Enclosed: original documents, copies

Board of Directors
Marshal Krause, President • Michele WalkinHawk, Vice President
Honorable John Burton • Penelope Cooper • Felecia Gaston • Christine Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

NINE

DOUBLE

SIDED

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| PBCF | A-04-02445 | 18. ADA |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

4-2  125L

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Bloodsaw Theopric | P20045 | N/A | N/A | A4-77? |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
Vertebral, Blow to head 1977 Dizziness since, Cervical Spine

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
They are attached to this form the one's I have in my possession medical documents

DESCRIBE THE PROBLEM:
I have left ear drum damage, shot in left leg or hip, shot in upper left chest, Abnormal C-5/6 interspace, (1) Reversal of cervical curvature, (2) Degenerative disc disease, (3) Fractures verces superimposed position artifact at C-1 as described, this maybe secondary to positioning or muscle spasms. To many problems from my collies

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
I want the Americans With Disabilities Act. and assigned disable, I would also like to be assigned single cell status, this ~ maybe secondary to positioning or muscle spasms. Imminent danger of serious physical injury

| T. Bloodsaw | 8-23-04 |
|---|---|
| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |


268

REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

| REVIEWER'S ACTION |
|---|

**TYPE OF ADA ISSUE**

| DATE ASSIGNED TO REVIEWER: |
|---|
| DATE DUE: |

☒ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    ☒ Auxiliary Aid or Device Requested

    ☐ Other_____

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** You submitted this CDC 1824 dated 08-23-04 stating your claims of hearing impairment as well as a history of gun shot wounds which may have caused a mobility impairment. This appeal was suspended on 09-21-04 pending further outside consultations + evaluations. An examination and assessment of your physical condition as well as recent x-rays was conducted by Dr. Tausi with the UC Davis Telemedicine health system orthopedic clinic on 02-03-05. The radiographic finding were consistant with those noted in 1993. Hearing tests resulted in your being fitted with hearing aids on 03-18-05. During our interview, you stated that your hearing was improved when you wear the hearing aids.

03-22-05
DATE INMATE/PAROLEE WAS INTERVIEWED

FREDERICK W. SPENCER
PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

☐ GRANTED     ☐ DENIED     ☒ PARTIALLY GRANTED

**BASIS OF DECISION:** You were fitted with two hearing aids on 03-18-05 and you state that your ability to hear is improved. Your orthopedic exam resulted in an assessment of cervical spine osteoarthritis secondary to assault with radicular symptoms. Although this condition would cause episodes of upper body stiffness with occasional radiating pain, it would not cause you to be mobility impaired. You are currently, and have been, single celled. You have not received official single cell status.

**NOTE:** If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| FREDERICK W. SPENCER, DDS | Chief Dental officer | PBSP |

| APPROVAL | |
|---|---|
| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
| Carl K. Thrasher | 3/22/05 |

DATE RETURNED TO INMATE/PAROLEE: MAR 8 2008

STATE OF CALIFORNIA

REASONABLE MODIFICATION OR
ACCOMMODATION REQUEST
CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: PBSP | LOG NUMBER: A65-C1751 | CATEGORY: 1B. ADA |

**USE AS ORIGINAL**

*A2-103*

NOTE: THIS FORM TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request it will be verified that the person has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) Bloodsaw Theopric | CDC NUMBER P20045 | ASSIGNMENT N/A | HOURS/WATCH N/A | HOUSING |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
Vertebral abnormal C-5/6 interspace, C6-C7 abnormal cervical lordosis, severe pain in left hip, spasms, lower back pain, Dizziness

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
My medical documents they are attached

DESCRIBE THE PROBLEM:
Shot in my left hip severe pain, Abnormal C 5/6 interspace, C6-C7 Degenerative disc disease, spasms, Dizziness, lower back pain a L.A. County Sheriff's Deputy came down on my lower back with both of his knees
3350. Provision of Medical Care and Definitions.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
Totally disable Americans With Disabilities Act, I want to be diagnosed by a physician as totally disable. 3044.(B) An inmate diagnosed by a physician and/or psychiatrist as totally disable shall remain in Privilege Group A unless changed by disciplinary action.

T. Bloodsaw
INMATE/PAROLEE'S SIGNATURE

5-4-05
DATE SIGNED

CDC

*TREAT AS 2ND level Response*

TYPE OF ADA ISSUE

DATE ASSIGNED TO REVIEWER **8-11-05**
DATE DUE **9-1-05**

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    ☐ Auxiliary Aid or Device Requested

    ☒ Other _low Back pain_

☐ PHYSICAL ACCESS (requiring structural modification)

DISCUSSION OF FINDINGS: _No limitations other than typical low back pain_

DATE INMATE/PAROLEE WAS INTERVIEWED **12/14/05**

PERSON WHO CONDUCTED INTERVIEW _MC Say_

DISPOSITION

☐ GRANTED     ☒ DENIED     ☐ PARTIALLY GRANTED

BASIS OF DECISION: _No limitation found_

NOTE: If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

DISPOSITION RENDERED BY (NAME) _MC Say_    TITLE _CMO(A)_    INSTITUTION/FACILITY _PBSP_

ASSOCIATE WARDEN'S SIGNATURE _Maureen McLean Hill MC Say_    DATE SIGNED _12/15/05_

DATE RETURNED TO INMATE/PAROLEE **3-1-06**

STATE OF CALIFORNIA                                                              DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | B06-02075 | 18. ADA |

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Bloodsaw Theopric | P20045 | N/A | N/A | B8-120 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

*Cervical Spine, Abnormal C-5/6 interspace C-1, C-5/c-6, C5-6, C6-C7, and C4 Dizziness, Muscle Spasms, gunshot in left hip, lower back pain*

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

*My medical documents X-RAY reports, Police incident report on 11-8-02 when I was attacked severely beaten ~~force~~ for malice reasons and they contributed to the new spinal injuries in my neck*

DESCRIBE THE PROBLEM:

*Severe pain and discomfort, Spasms, Dizziness*

*U.S.C. Amendments VIII, XIV*

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

*Total disable (ADA) CDC 1824. 42 U.S.C. 12131 et seq. (ADA) 29 U.S.C. 794 (Rehabilitation Act) Pennsylvania Dept. of Corrections v. Yeskey (17-98) 524 U.S. 206 (118 S.CT. 1952; 141 L. Ed. 2d 215).; 3377.1. Inmate Custody Designations. 3375. Classification Process.'*

| T. Bloodsaw | 8-9-06 |
|---|---|
| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |

[ST/RCI.
5/2b/06

MED Rec
AUG 1 4 2006

REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

**REVIEWER'S ACTION**

DATE ASSIGNED TO REVIEWER: 8/28/06
DATE DUE: 9/19/06

TYPE OF ADA ISSUE

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

☐ Auxiliary Aid or Device Requested

☒ Other Total Medical Disabled due to back + hip pain

☐ PHYSICAL ACCESS (requiring structural modification)

DISCUSSION OF FINDINGS: Inmate seeking total medical disability, which is not medically indicated/necessary at this time. A medical chrono has been written RE limitations and a low bunk chrono dated 8/29/06

Interviewed by me on 8/30/06 Inmate clearly states that he has no disability and can do everything. M C Sayre

8/11/06
DATE INMATE/PAROLEE WAS INTERVIEWED

Chelo Clines
PERSON WHO CONDUCTED INTERVIEW

DISPOSITION

☐ GRANTED ☒ DENIED ☐ PARTIALLY GRANTED

BASIS OF DECISION: Total Disability

He has no disability by his own statements
M C Sayre

NOTE: *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| M.C. SAYRE | CMO | PBSP |

X

**APPROVAL**

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|
| M C Sayre | 9/5/06 |

X

DATE RETURNED TO INMATE/PAROLEE 9-5-06

STATE OF CALIFORNIA
DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)
CDC 1845 (Rev. 01/04)

DEPARTMENT OF CORRECTIONS
CHECK ALL APPLICABLE BOXES

**THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B**

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| BLOODSAW | P20045 | PBSP | A2 202L | 8/1/07 |

*Sections A - B to be completed by licensed medical staff.*

| SECTION A: REASON FOR INITIATION OF FORM | SECTION B: DISABILITY BEING EVALUATED |
|---|---|
| [X] Inmate self-identifies to staff  [ ] Third party evaluation request  [ ] Observation by staff  [ ] Medical documentation or Central file information | [ ] Blind/Vision Impaired   [ ] Speech Impaired  [X] Deaf/Hearing Impaired   [ ] Mobility Impaired |

*Sections C - G to be completed by a physician only.*

| SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT | SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT |
|---|---|
| 1. [ ] **FULL TIME WHEELCHAIR USER - DPW** Requires wheelchair accessible housing and path of travel. | 1. NO CORRESPONDING CATEGORY |
| 2. [ ] **INTERMITTENT WHEELCHAIR USER - DPO** Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell. | 2. NO CORRESPONDING CATEGORY |
| 3. [ ] **MOBILITY IMPAIRMENT - With or Without Assistive Device** (Wheelchairs shall not be prescribed) - **DPM** Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel. | 3. [ ] **MOBILITY IMPAIRMENT (Lower Extremities) - DNM** Walks 100 yards without pause with or without assistive devices.  [ ] No Housing Restrictions   [ ] See HOUSING RESTRICTIONS in Section E  [ ] Requires relatively level terrain and no obstructions in path of travel. **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C:_____) |
| 4. [ ] **DEAF/HEARING IMPAIRMENT - DPH** Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements. | 4. [X] **HEARING IMPAIRMENT - DNH** With residual hearing at a functional level with hearing aid(s). |
| 5. [ ] **BLIND/VISION IMPAIRMENT - DPV** Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E). | 5. NO CORRESPONDING CATEGORY |
| 6. [ ] **SPEECH IMPAIRMENT - DPS** Does not communicate effectively speaking or in writing. | 6. [ ] **SPEECH IMPAIRMENT - DNS** Does not communicate effectively speaking, but does when writing. |

| SECTION E: ADDITIONAL MEDICAL INFORMATION | |
|---|---|
| **CSR ALERT:** [ ] Requires relatively level terrain and no obstructions in path of travel  [ ] Complex medical needs affecting placement  [ ] CDC 128-C | **HEALTH CARE APPLIANCE / IDENTIFICATION VEST:** [ ] Cane  [ ] Crutch  [ ] Walker  [ ] Leg/Arm prosthesis  [ ] Vest  [ ] Other: _____  [ ] CDC 128-C(s) dated: _____ |
| **ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:** [ ] Feeding or Eating  [ ] Bathing  [ ] Grooming  [ ] W/C transferring  [ ] Toileting  [ ] Other: _____  [ ] CDC 128-C(s) dated:_____ | **OTHER DPP DESIGNATIONS:** [ ] NONE  _____  _____ ; _____  _____  CODE      DATED       CODE      DATED |
| **HOUSING RESTRICTIONS:**  [ ] Lower bunk  [ ] No stairs  [ ] No triple bunk. CDC 128-C(s) dated: _____ | |

| SECTION F: EXCLUSIONS |
|---|
| [ ] VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED: My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____). |
| [ ] REMOVAL FROM A DPP CODE: Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.) |
| [ ] REMOVAL FROM ENTIRE PROGRAM: Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.) |

| SECTION G: EFFECTIVE COMMUNICATION FACTORS |
|---|
| [ ] Uses Sign Language Interpreter (SLI)  [ ] Reads Braille  [ ] Communicates with written notes  [ ] Requires large print or magnifier  [ ] Reads lips  [X] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD |

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

Has good fuction & hearing aids - does not need vest

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| M.C. SAYRE | MC Sayre | 8/1/07 |
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |
| M.C. SAYRE | MC Sayre | 8/1/07 |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the OHR, send the inmate copy via institutional and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

NAME: Bloodsaw Theoparie

CDC NO.: P20045 HOUSING: B8-113

PELICAN BAY STATE PRISON
P.O. BOX 7500

**LEGAL MAIL**

United States District Court

Northern District of Calif.

ATTN: Clerk

450 Golden Gate Ave.

San Francisco, CA. 94102

RECEIVED

JUL 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



PELICAN BAY STATE PRISON
5905 Lake Earl Dr.
Crescent City CA 95532

UNITED STATES POSTAGE
PITNEY BOWES
$ 05.05⁰
02 1M
0004217665   JUL 25 2008
MAILED FROM ZIP CODE 95531

7-24-08