FILED

JUL 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

JF

*Bloodsaw Theopri* CV **08** 3622
Plaintiff,
*et al.*                                CASE NO. _____

vs.                                      PRISONER'S
*Bell R.K.*                              APPLICATION TO PROCEED
*Roberts S.*                             IN FORMA PAUPERIS
*Melton D.*
                    Defendant.

I, *Bloodsaw T.*      , declare, under penalty of perjury that I am the plaintiff in
the above entitled case and that the information I offer throughout this application is true and correct.
I offer this application in support of my request to proceed without being required to prepay the full
amount of fees, costs or give security. I state that because of my poverty I am unable to pay the
costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes ____  No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name
and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.  (If you are imprisoned, specify the last place of

2  employment prior to imprisonment.)

3  *In the year of 2000 at San Quentin State*

4  *Prison I had no pay No. Prior to that Im di-*

5  *sable and homeless*

6  2.    Have you received, within the past twelve (12) months, any money from any of the following

7  sources:

8      a.    Business, Profession or                    Yes ____  No ✓

9            self employment

10     b.    Income from stocks, bonds,                  Yes ✓ No ____

11           or royalties?

12     c.    Rent payments?                              Yes ____  No ✓

13     d.    Pensions, annuities, or                     Yes ____  No ✓

14           life insurance payments?

15     e.    Federal or State welfare payments,          Yes ____  No ✓

16           Social Security or other govern-

17           ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount

19  received from each.

20  *$13.00 From my Aunt on 1-14-08 serial No.*

21  *200479669335*

22  3.    Are you married?                               Yes ____  No ✓

23  Spouse's Full Name: _____

24  Spouse's Place of Employment: _____

25  Spouse's Monthly Salary, Wages or Income:

26  Gross $_____  Net $_____

27  4.    a.    List amount you contribute to your spouse's support : $ *N/A*

28        b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA

1    and indicate how much you contribute toward their support.  (NOTE: For minor

2    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

3    *N/A* _____

4    _____

5    5.    Do you own or are you buying a home?              Yes ____  No ✓

6    Estimated Market Value: $_____ Amount of Mortgage: $_____

7    6.    Do you own an automobile?                         Yes ____  No ✓

8    Make _____ Year _____ Model _____

9    Is it financed? Yes _____ No _____ If so, Total due: $ _____

10   Monthly Payment: $ _____

11   7.    Do you have a bank account?  Yes ____  No ✓  (Do not include account numbers.)

12   Name(s) and address(es) of bank: _____

13   _____

14   Present balance(s):  $ _____

15   Do you own any cash?  Yes ____  No ✓  Amount:  $ _____

16   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

17   market value.)  Yes ____  No ✓

18   _____

19   8.    What are your monthly expenses?

20   Rent: $ ___*N/A*_____ Utilities: ___*N/A*_____

21   Food: $ ___*N/A*_____ Clothing: ___*N/A*_____

22   Charge Accounts:

23   | Name of Account | Monthly Payment | Total Owed on This Acct. |
     |---|---|---|
     | | $ | $ |
     | | $ | $ |
     | | $ | $ |

24

25

26

27   9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

28   they are payable.  Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA

1  *N/A*

2

3  10.    Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                              Yes ✓ No ___

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  *CV-20505-JF-530; CV-00752-JF-550*

8

9        I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11        I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  *7-7-08*                          *T. Bloodsaw*

15  DATE                          SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28
PRIS. APPLIC. TO PROC. IN FORMA

Case Number:_____

## CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.98</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.98</u>.        (20%= $0.20)

Dated: 7/14/08                        _____
                                      Authorized officer of the institution


THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 14, 2008

ACCOUNT NUMBER : P20045                    BED/CELL NUMBER: BF08L 000000113L
ACCOUNT NAME   : BLOODSAW, THEOPRIC KENT    ACCOUNT TYPE: I
PRIVILEGE GROUP: C

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|------|------------|---------|-----------|----------|-------------|---------|
| 01/01/2008 | | BEGINNING BALANCE | | | | | 0.00 |
| 01/14 | *DD30 | CASH DEPOSIT | 2981 #138 | | 5.85 | | 5.85 |
| 01/15 | W516 | LEGAL COPY CH | 3013 | | | 1.90 | 3.95 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 0.20 | 3.75 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 1.31 | 2.44 |
| 01/22 | W513 | MISC. CHARGES | 3121 | | | 0.20 | 2.24 |
| 01/31 | W919 | REVERSE LEGAL | 3295/3049 | | | 1.27- | 3.51 |
| 01/31 | W215 | FEDERAL FILIN | 3295 1/14 | | | 1.17 | 2.34 |
| 01/31 | W212 | FEDERAL FILIN | 3295 1/14 | | | 1.17 | 1.17 |
| 01/31 | W212 | FEDERAL FILIN | 3295 1/14 | | | 1.17 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 02/05/2008 | H116 | FEDERAL FILING FEE HOLD | 3408 INI | 0.30 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                    CASE NUMBER: YA053506
COUNTY CODE: LA                             FINE AMOUNT: $    250.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 01/01/2008 | | BEGINNING BALANCE | | 240.00 |
| 01/14/08 | DR30 | REST DED-CASH DEPOSIT | 6.50- | 233.50 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ⟨signature⟩
TRUST OFFICE

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 14, 2008

ACCT: P20045      ACCT NAME: BLOODSAW, THEOPRIC KENT      ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 5.85 | 5.85 | 0.00 | 0.30 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------------
                                                                                    0.30-
--------------
--------------



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE